IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN and BONNIE CORWIN,<br><br>*Plaintiffs*,<br><br>-against-<br><br>B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., a corporation doing business in the State of Delaware; SOUTHEASTERN PROPERTIES MANAGEMENT, INC., a subsidiary of B'nai B'rith Senior Housing, Inc.; and LYNNE ROTAN, an agent, servant or employee of Southeastern Properties Management, Inc.,<br><br>*Defendants*. | Civil Action No.: 04-1499(GMS)<br><br>(TRIAL BY JURY DEMANDED) |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on March 3, 2005, I electronically filed the *Certificate of Service* to *Plaintiffs' First Set of Interrogatories Directed to Defendants* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff's First Set of Interrogatories Directed to Defendant* and the respective *Certificate of Service* for same via first class U.S. Mail, postage prepaid to the following:

David E. Wilks, Esquire
Buchanan Ingersoll, P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801

Steven J. Edelstein, Esquire
Coughlin & Kitay, P.C.
3091 Holcomb Bridge Road, Suite A-1
Norcross, GA  30071

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
jmartin@margolisedelstein.com