IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>B'NAI B'RITH SENIOR CITIZEN )<br>HOUSING, INC. SOUTHEASTERN )<br>PROPERTIES MGMT., AND LYNN )<br>ROTAN )<br>Defendant. ) | Civil Action No. 04-1499 GMS |

## ORDER

WHEREAS, on December 7, 2004, the plaintiffs filed a Complaint against the above-captioned defendants;

WHEREAS, on December 12, 2004, a return of service executed as to the defendant Southeastern Properties Management, Inc. was filed with the court;

WHEREAS, the defendant Southeastern Properties Management, Inc.'s Answer to the Complaint was due on December 29, 2004, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by this defendant;

IT IS HEREBY ORDERED that:

1. The defendant Southeastern Management Properties, Inc. shall answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: March 9, 2005                               _____/s/_____
                                                                UNITED STATES DISTRICT JUDGE