# Buchanan Ingersoll PC
ATTORNEYS

David E. Wilks
(302) 428-5551
wilksde@bipc.com

The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236

T 302 428 5500
F 302 428 3996

www.buchananingersoll.com

April 15, 2005

Honorable Gregory M. Sleet
U.S. District Court
844 North King Street
Wilmington, DE 19801

Re: **Isidore Corwin and Bonne Corwin v. B'Nai B'Rith Senior Citizen Housing, Inc., Southeastern Properties Management, Inc. and Lynne Rotan, C.A. No. 04-1499**

Dear Judge Sleet:

This will confirm that the teleconference originally scheduled for April 15, 2005 has been rescheduled to April 21, 2005 at 3:00 p.m. Thank you for Your Honor's consideration.

Respectfully submitted,

*[signature]*

David E. Wilks (No. 2793)

DEW/dma
52165-001
cc: Jeffrey K. Martin, Esq. (via e-filing)
Christopher A. Ferrara, Esq. (via e-filing)
Steven J. Edelstein, Esq. (via facsimile)