**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ISIDORE CORWIN and BONNIE CORWIN, | Civil Action No. 04-1499 |
| *Plaintiffs,* | (Hon. Gregory M. Sleet) |
| -against- | |
| B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., a corporation doing business in the State of Delaware; SOUTHEASTERN PROPERTIES MANAGEMENT, INC., a subsidiary of B'nai B'rith Senior Housing, Inc., and LYNNE ROTAN, an agent, servant or employee of Southeastern Properties Management, Inc., | **JOINT MEMORANDUM FOR RULE 16 CONFERENCE** |
| *Defendants.* | |

1. **JURISDICTION AND SERVICE.** The Court has subject matter jurisdiction and all necessary parties have been joined. Defendant Southeastern contests service and personal jurisdiction.

2. **SUBSTANCE OF ACTION.** Alleged housing discrimination in federally subsidized housing facility. Plaintiffs claim discrimination against themselves as Catholics and in favor of Jewish residents in this B'nai B'rith-operated facility, concerning display of religious articles on apartment balcony and in common areas of the facility. Defendants' defenses include, as to defendant Southeastern, failure to state a claim, lack of proper service and personal jurisdiction as and improper venue and statute of limitations and, as to defendants B'nai B'rith and Lynne Rotan, failure to state a claim and statute of limitations.

3. **IDENTIFICATION OF FACTUAL AND LEGAL ISSUES.** Existence of alleged discriminatory policies and unlawful discrimination in the provision of housing and terms and conditions of residence and use of facilities.

4. **NARROWING OF ISSUES.** Issues cannot be narrowed by agreement.

5. **RELIEF.** Plaintiffs seek general compensatory and punitive damages for discrimination, an injunction against future discriminatory acts, and attorney's fees under the Fair Housing Act of 1988 and the Delaware Fair Housing Act.

6. **AMENDMENT OF PLEADINGS.** None anticipated at this time.

7. **JOINDER OF PARTIES.** All necessary parties have been named.

8. **DISCOVERY.** Interrogatories, document production requests, requests for admission and depositions of parties and several fact witnesses. An estimated 120 days will be required to complete this discovery. No special limitations of discovery are indicated, nor any less costly methods aside from voluntary document exchange.

9. **ESTIMATE TRIAL LENGTH.** Three to five days.

10. **JURY TRIAL.** Yes.

11. **SETTLEMENT DISCUSSIONS.** No settlement discussions during this litigation. Prospects for settlement uncertain. Parties have no objection to settlement conference and/or mediation with Magistrate.

12. No other matters known at this time that would conduce to resolution of this action.

13. Counsel have conferred on the above matters.

Dated: June 6, 2005

Respectfully submitted,

*/s/ Christopher A. Ferrara*
Christopher A. Ferrara, Esq.
(Admitted *pro hac vice*)
**AMERICAN CATHOLIC LAWYERS ASSOCIATION, INC.**
420 Route 46 East, Suite 7
P.O. Box 10092
Fairfield, New Jersey, 07004-6092
(973) 244-9895, FAX (973) 244-9897

-and-

Jeffrey K. Martin, Esq.
**MARGOLIS EDELSTEIN**
1509 Gilpin Avenue
Wilmington, Delaware, 19806-3015
(302) 777-4680, FAX (302) 777-4682

*Attorneys for Plaintiffs*

/s/ Thad J. Bracegirdle
David E. Wilks (I.D. # 2793)
Thad J. Bracegirdle (I.D. # 3691)
**BUCHANAN INGERSOLL PC**
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone: (302) 428-5500
Fax: 302-428-3996

Of Counsel:

Steven J. Edelstein
**COUGHLIN & KITAY, P.C.**
3091 Holcomb Bridge Road, Suite A-1
Norcross, GA 30071
Telephone: (770) 840-8483 ext. 206
Fax: (770) 840-9492

*Attorneys for Defendants*

#713477-v2