**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1499 |
| B'NAI B'RITH SENIOR CITIZEN HOUSING INC., SOUTHEASTERN PROPERTIES MANAGEMENT, INC. AND LYNNE ROTAN | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on August 2, 2005, copies of **Defendants B'nai B'rith Senior Citizen Housing, Inc.'s and Lynne Rotan's First Set of Interrogatories and First Request for the Production of Documents to Plaintiffs** were served upon the following counsel of record at the addresses and in the manner indicated:

**VIA HAND DELIVERY**

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806-3015

**VIA REGULAR MAIL**

Christopher A. Ferrara, Esquire
American Catholic Lawyers Assn., Inc.
420 Route 46 East, Suite 7
Fairfield, NJ 07004-9897

Dated: August 2, 2005  BUCHANAN INGERSOLL PC

/s/ Thad J. Bracegirdle
David E. Wilks (No. 2793)
Thad J. Bracegirdle (No. 3691)
The Nemours Building
1007 North Orange Street
Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

and

COUGHLIN, KITAY & EDELSTEIN, PC

Steven J. Edelstein
Suite 478
Norcross, GA 30092
Telephone: (770) 840-8483, ext. 206
Facsimile: (770) 840-9492
*Admitted Pro Hac Vice*

Attorneys for Defendants B'nai and B'rith Senior Citizen Housing, Inc. and Lynne Rotan

2