IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ISIDORE CORWIN and BONNIE CORWIN,

*Plaintiffs*,

-against-

B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., a corporation doing business in the State of Delaware; SOUTHEASTERN PROPERTIES MANAGEMENT, INC., a subsidiary of B'nai B'rith Senior Housing, Inc.; and LYNNE ROTAN, an agent, servant or employee of Southeastern Properties Management, Inc.,

*Defendants*.

Civil Action No.: 04-1499(GMS)

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2005, I caused two (2) copies of the foregoing ***Plaintiff's First Set of Interrogatories to Defendant Lynne Rotan***, to be served by U.S. First-Class Mail, postage prepaid, upon the following:

David E. Wilks, Esquire
Buchanan Ingersoll, P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

Steven J. Edelstein, Esquire
Coughlin & Kitay, P.C.
3091 Holcomb Bridge Road, Suite A-1
Norcross, GA 30071

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806