**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN )<br><br>Plaintiffs, )<br><br>v. )<br>        ) C.A. No. 04-1499<br>B'NAI B'RITH SENIOR CITIZEN HOUSING )<br>INC., SOUTHEASTERN PROPERTIES )<br>MANAGEMENT, INC. AND LYNNE ROTAN )<br><br>Defendants. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on September 1, 2005, copies of (1) Responses of B'nai B'rith Senior Citizen Housing, Inc. to Plaintiffs' First Request for the Production of Documents; (2) Responses of B'nai B'rith Senior Citizen Housing, Inc. to Plaintiffs' First Set of Interrogatories; and (3) Responses of Lynne Rotan to Plaintiffs' First Set of Interrogatories were served upon the following counsel of record by First Class U.S. Mail at the address indicated:

   Jeffrey K. Martin, Esquire
   Margolis Edelstein
   1509 Gilpin Avenue
   Wilmington, DE 19806-3015

Dated: September 2, 2005                    BUCHANAN INGERSOLL PC

                            /s/ Thad J. Bracegirdle
                            David E. Wilks (No. 2793)
                            Thad J. Bracegirdle (No. 3691)
                            The Nemours Building
                            1007 North Orange Street, Suite 1110
                            Wilmington, DE 19801-1236
                            Telephone:  (302) 428-5500
                            Facsimile:  (302) 428-3996

and

COUGHLIN, KITAY & EDELSTEIN, PC

Steven J. Edelstein
7742 Spalding Drive, Suite 478
Norcross, GA 30092
Telephone: (770) 840-8483, ext. 206
Facsimile: (770) 840-9492
*Admitted Pro Hac Vice*

Attorneys for Defendants B'nai and B'rith Senior Citizen Housing, Inc. and Lynne Rotan