IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ISIDORE CORWIN and BONNIE CORWIN,

*Plaintiffs*,

-against-

Civil Action No.: 04-1499(GMS)

B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., a corporation doing business in the State of Delaware; SOUTHEASTERN PROPERTIES MANAGEMENT, INC., a subsidiary of B'nai B'rith Senior Housing, Inc.; and LYNNE ROTAN, an agent, servant or employee of Southeastern Properties Management, Inc.,

*Defendants*.

## NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Answers to the Defendants' First Set of Interrogatories* were sent via U.S. Mail postage pre-paid on September 23, 2005 to the following:

David E. Wilks, Esquire
Buchanan Ingersoll, P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

Christopher A. Ferrara, Esquire
American Catholic Lawyers Association, Inc.
420 Route 46 East, Suite 7
P.O. Box 10092
Fairfield, New Jersey 07004

Steven J. Edelstein, Esquire
Coughlin & Kitay, P.C.
3091 Holcomb Bridge Road, Suite A-1
Norcross, GA 30071

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806