IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN<br><br>Plaintiffs,<br><br>v.<br><br>B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., SOUTHEASTERN PROPERTIES MANAGEMENT, INC. AND LYNNE ROTAN<br><br>Defendants. | Civil Action No. 04-1499 |

## NOTICE OF DEPOSITION

To:   Jeffrey K. Martin, Esq.
      Margolis Edelstein
      1509 Gilpin Avenue
      Wilmington, DE 19806-3015

      Christopher A. Ferrara, Esq.
      American Catholic Lawyers Assn., Inc.
      420 Route 46 East, Suite 7
      PO Box 10092
      Fairfield, NJ 07004-9897

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants B'nai B'rith Senior Citizen Housing, Inc. and Lynne Rotan will take the deposition of Plaintiff Bonnie Corwin on Friday, November 4, 2005 at 9 a.m. local time. The deposition will take place at the following location:

   Offices of Jeffrey K. Martin, Esq.
   Margolis Edelstein
   1509 Gilpin Avenue
   Wilmington, DE 19806-3015

The deposition will commence at the date and time above and will continue from day to day until completed. The deposition noticed herein shall be recorded by stenographic means and shall take place before a notary public or other person authorized by law to administer oaths.

Date: September 27, 2005

                        Respectfully Submitted,

                        BUCHANAN INGERSOLL, P.C.

                        David E. Wilks (I.D. # 2793)
                        The Nemours Building
                        1007 North Orange Street, Suite 1110
                        Wilmington, Delaware 19801
                        Telephone: (302) 428-5500
                        Fax: 302-428-3996

                                and

                        COUGHLIN, KITAY & EDELSTEIN, P.C.

                        By: Steven J. Edelstein
                        7742 Spalding Drive, Suite 478
                        Norcross, GA 30092
                        Telephone: (770) 840-8483 ext. 206
                        Fax: (770) 840-9492
                        *Admitted Pro Hac Vice*

                        Attorneys for Defendants B'nai B'rith Senior
                        Citizen Housing, Inc. and Lynne Rotan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN<br><br>Plaintiffs,<br><br>v.<br><br>B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., SOUTHEASTERN PROPERTIES MANAGEMENT, INC. AND LYNNE ROTAN<br><br>Defendants. | Civil Action No. 04-1499 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Deposition by depositing a copy, postage prepaid, in the U.S. Mail, addressed as follows:

Jeffrey K. Martin, Esq.
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806-3015

Christopher A. Ferrara, Esq.
American Catholic Lawyers Assn., Inc.
420 Route 46 East, Suite 7
PO Box 10092
Fairfield, NJ 07004-9897


COUGHLIN, KITAY & EDELSTEIN, P.C.

_____
Steven J. Edelstein
7742 Spalding Drive, Suite 478
Norcross, GA  30092


Date: September 27, 2005