IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ISIDORE CORWIN and BONNIE CORWIN,

    *Plaintiffs*,

-against-

B'NAI B'RITH SENIOR CITIZEN HOUSING,
INC., a corporation doing business in the State of
Delaware; SOUTHEASTERN PROPERTIES
MANAGEMENT, INC., a subsidiary of B'nai
B'rith Senior Housing, Inc.; and LYNNE ROTAN,
an agent, servant or employee of Southeastern
Properties Management, Inc.,

    *Defendants*.

Civil Action No.: 04-1499(GMS)

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2005, I caused two (2) copies of the foregoing

***Plaintiff's Request For Production of Documents*** with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following attorney-of-record below:

David E. Wilks, Esquire
Buchanan Ingersoll, P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 1980
.

Steven J. Edelstein, Esquire
Coughlin & Kitay, P.C
3091 Holcomb Bridge Road, Suite A-1
Norcross, GA  30071

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire
1509 Gilpin Avenue
Wilmington, DE 19806
*Attorney for Plaintiffs*
(302) 777-4680
(302) 777-4680 FAX