IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ISIDORE CORWIN and BONNIE CORWIN,

*Plaintiffs*,

-against-

B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., a corporation doing business in the State of Delaware; SOUTHEASTERN PROPERTIES MANAGEMENT, INC., a subsidiary of B'nai B'rith Senior Housing, Inc.; and LYNNE ROTAN, an agent, servant or employee of Southeastern Properties Management, Inc.,

*Defendants.*

Civil Action No.: 04-1499(GMS)

## NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's Response to the Defendant's First Request for Production of Documents*** were sent via U.S. Mail postage pre-paid on October 11, 2005 to the following:

David E. Wilks, Esquire
Buchanan Ingersoll, P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

Steven J. Edelstein, Esquire
Coughlin, Kitay & Edelstein P.C.
7742 Spalding Drive, Suite 478
Norcross, GA 30092

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806