## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ISIDORE CORWIN and BONNIE CORWIN,

*Plaintiffs*,

-against-

B'NAI B'RITH SENIOR CITIZEN HOUSING,
INC., a corporation doing business in the State of
Delaware; SOUTHEASTERN PROPERTIES
MANAGEMENT, INC., a subsidiary of B'nai
B'rith Senior Housing, Inc.; and LYNNE ROTAN,
an agent, servant or employee of Southeastern
Properties Management, Inc.,

*Defendants.*

Civil Action No.: 04-1499(GMS)

### NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned Counsel for Plaintiff in the above-captioned case,

hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Second Request*

*for Production of Documents* were sent via U.S. Mail postage pre-paid on October 27, 2005 to

the following:

David E. Wilks, Esquire
Buchanan Ingersoll, P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

Steven J. Edelstein, Esquire
Coughlin & Kitay, P.C
3091 Holcomb Bridge Road, Suite A-1
Norcross, GA 30071

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
*Attorney for Plaintiffs*
(302) 777-4680
(302) 777-4680 FAX

5