IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN<br><br>    Plaintiffs,<br><br>    v.<br><br>B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., SOUTHEASTERN PROPERTIES MANAGEMENT, INC. AND LYNNE ROTAN<br><br>    Defendants. | Civil Action No. 04-1499 (GMS) |

## DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND SUPPORTING MEMORANDUM OF LAW

Defendants hereby move the Court for an Order enforcing the settlement agreement entered into among all parties on November 23, 2005 (Docket No. 36) and in support of said motion state as follows:

1.    On November 23, 2005, a mediation conference was conducted by Magistrate Judge Thynge.  At the conclusion of this conference, a stipulated agreement was reached among all parties that, with this Court's approval, would have settled all pending matters.  *Id.*

2.    The terms of this agreement were taken down by a court reporter, along with an affirmation by all parties and their counsel as to their explicit acceptance of those terms.  *Id.*

3.    On or about December 1, 2005, Plaintiffs sought to withdraw their approval of this agreement.  Docket No. 35.

4.    That this Court has jurisdiction to enforce a settlement agreement entered into by parties in a case currently pending before it is well-settled in this circuit.  *See Green v. John H. Lewis & Co.*, 436 F.2d 389, 390 (3d Cir. 1970); *Good v. Pennsylvania Railroad Co.*, 384 F.2d 989, 990 (3d Cir. 1967); *Liberate Technologies L.L.C. v. Worldgate Communications, Inc.*, 133

F.Supp.2d 357 (D. Del. 2001).

5. While an evidentiary hearing may be required in some cases to inquire into any disputed terms, or in other cases to inquire into the authority of counsel to bind their clients, a hearing in the instant case is not necessary because the terms of the settlement and the consent of the parties is a matter of record. Docket No. 36; *see Corbesco, Inc. v. Local No. 542, Intern. Union of Operating Engineers,* 620 F.Supp. 1239 (D. Del.1985).

6. Under any standard of proof, it is clear that the parties reached a valid and enforceable settlement agreement which concludes this litigation.

Respectfully Submitted,

BUCHANAN INGERSOLL, P.C.

*/s/ Thad J. Bracegirdle*
David E. Wilks (I.D. # 2793)
Thad J. Bracegirdle (I.D. # 3691)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone: (302) 428-5500
Fax: 302-428-3996

And

COUGHLIN, KITAY & EDELSTEIN, P.C.
Steven J. Edelstein
7742 Spalding Drive, Suite 478
Norcross, GA 30092
Office Telephone: (770) 840-8483 ext. 206
Fax: (770) 840-9492

Admitted Pro Hac Vice

Attorneys for Defendants B'nai B'rith Senior Citizen Housing, Inc., Lynne Rotan and Southeastern Property Management, Inc.

Dated: December 2, 2005

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendants' Motion to Enforce Settlement Agreement and Supporting Memorandum of Law was served in the manner indicated upon the following parties and counsel of record:

**BY FIRST CLASS MAIL:**

Isidore Corwin and Bonnie Corwin
B'nai B'rith House
8000 Society Drive
Claymont, DE 19703

**BY ELECTRONIC SERVICE VIA CM/ECF:**

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806-3015

Christopher A. Ferrara, Esquire
American Catholic Lawyers Assn., Inc.
420 Route 46 East, Suite 7
Fairfield, NJ 07004-9897

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (I.D. # 3691)