IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN<br><br>Plaintiffs,<br><br>v.<br><br>B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., SOUTHEASTERN PROPERTIES MANAGEMENT, INC. AND LYNNE ROTAN<br><br>Defendants. | Civil Action No. 04-1499 (GMS) |

## DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

Defendants hereby move the Court for an Order amending the scheduling order to extend the deadline for filing case dispositive motions from December 14, 2005 to February 14, 2006, and in support of said motion state as follows:

1. The Scheduling Order sets December 14, 2005 as the deadline for filing case dispositive motions.

2. On December 2, 2005 Defendants filed a motion to enforce settlement agreement, to which Plaintiffs have not yet responded.

3. Should the Court grant Defendants' motion to enforce settlement agreement, this lawsuit will be concluded.

4. Defendants therefore move the Court for an Order extending the deadline to file case dispositive motions until February 14, 2006.

BUCHANAN INGERSOLL PC

*/s/ Thad J. Bracegirdle*
David E. Wilks (I.D. # 2793)
Thad J. Bracegirdle (I.D. # 3691)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone: (302) 428-5500

And

COUGHLIN, KITAY & EDELSTEIN, P.C.
Steven J. Edelstein
7742 Spalding Drive, Suite 478
Norcross, GA 30092
Office Telephone: (770) 840-8483 ext. 206
Fax: (770) 840-9492

Admitted Pro Hac Vice

Attorneys for Defendants B'nai B'rith Senior Citizen Housing, Inc., Lynne Rotan and Southeastern Property Management, Inc.

Dated:  December 6, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 6, 2005, the foregoing Defendants' Motion to Amend Scheduling Order was served in the manner indicated upon the following parties and counsel of record:

**BY FIRST CLASS MAIL:**

Isidore Corwin and Bonnie Corwin
B'nai B'rith House
8608 Society Drive
Claymont, DE 19703

**BY ELECTRONIC SERVICE VIA CM/ECF:**

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806-3015

Christopher A. Ferrara, Esquire
American Catholic Lawyers Assn., Inc.
420 Route 46 East, Suite 7
Fairfield, NJ 07004-9897

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (I.D. # 3691)