IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN, and<br>BONNIE CORWIN,<br><br>   Plaintiffs,<br><br> v.<br><br>B'NAI B'RITH SENIOR CITIZEN<br>HOUSING, INC., SOUTHEASTERN<br>PROPERTIES MANAGEMENT, INC.,<br>and LYNNE ROTAN,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1499 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS the court has scheduled a status hearing in this action to discuss the plaintiffs' decision to terminate counsel, the defendants' motion to enforce the settlement agreement (D.I. 37), and the defendants' motion to amend the scheduling order (D.I. 38).

IT IS HEREBY ORDERED THAT:

All interested parties, including Jeffery Martin, Esq., shall appear in Courtroom 4A of the J. Caleb Boggs Federal Building in Wilmington, Delaware at **10:00 a.m. on Wednesday, January 25, 2006** for the above-described status hearing.

Dated: December 12, 2005

                               UNITED STATES DISTRICT JUDGE