**NOTE TO:**

**THE HONORABLE GREGORY M. SLEET**

**U.S. DISTRICT COURT, WILMINGTON, DELAWARE**

DATE:   JANUARY 25, 2006

PAGES:  ONE (1)

FROM:   ISIDORE AND BONNIE CORWIN, PLAINTIFFS
        TELE/FAX 302-798-5116

CC:

ATTORNEY MARTIN
1509 GILPEN AVENUE
WILMINGTON, DELAWARE 19806
FAX 302-777-4682

04 CV 1499 GMS

ATTORNEY FERRARA
420 RTE 46 EAST, SUITE 7
PO BOX 10092
FAIRFIELD, NEW JERSEY 07004
FAX 973-244-9897

ATTORNEY EDELSTEIN
7742 SPALDING DRIVE, SUITE 478
NORCROSS, GEORGIA 30092
FAX 770-840-9492

ATTORNEY WILKS
1007 N. ORANGE STREET, SUITE 1110
WILMINGTON, DELAWARE 19801
FAX 302-428-3996

**NOTE:**

*REGRETFULLY, THE PLAINTIFFS WISH TO INFORM THE COURT AND ALL PARTIES, DUE TO PLAINTIFF ISIDORE CORWIN'S VERY RECENT HEALTH PROBLEMS, PLAINTIFF ISIDORE CORWIN WILL NOT BE ABLE TO APPEAR PERSONALLY IN COURTROOM 4A OF THE J. CALEB BOGGS FEDERAL BUILDING IN WILMINGTON, DELAWARE AT 10:00 A.M. ON WEDNESDAY, JANUARY 25, 2006 FOR A STATUS HEARING IN C.A. NO 04-1499 (GMS), CORWIN V. BNAI BRITH ET AL. MR CORWIN'S SPOUSE, CO-PLAINTIFF, BONNIE CORWIN, WILL APPEAR, AS ORDERED. SHE WILL REPRESENTS MR CORWIN'S POSITION IN THE SUIT AS SHE DID BOTH IN THE NOVEMBER 4, 2005 DEPOSITION AND IN THE NOVEMBER 23, 2005 MEDIATION CONFERENCE (AGREED UPON BY ALL PARTIES); AND THIS IS DUE TO ISIDORE CORWIN'S INABILITY TO TESTIFY WITH HIS MEMORY LOSS PROBLEMS PER DOCTOR LEE DRESSER OF WILMINGTON NEUROLOGY, WHO LATELY HAS HAD TO INCREASE HIS MEDICATION; LEAVING MR CORWIN IN A MOST-SLEEPY STATE. WE ARE SORRY FOR THE INCONVENIENCE THIS NON-ATTENDANCE MAY HAVE CAUSED THE COURT.*

*ISIDORE AND BONNIE CORWIN*

*[signature: Bonnie Corwin]*

# FAX Cover Sheet

DATE:      JANUARY 24, 2006

PAGES:     INCLUDING COVER SHEET - 1

FROM:      ISIDORE AND BONNIE CORWIN, PLAINTIFFS
           TELE/FAX 302-798-5116

TO:

ATTORNEY MARTIN
1509 GILPEN AVENUE
WILMINGTON, DELAWARE 19806
FAX 302-777-4682

ATTORNEY FERRARA
420 RTE 46 EAST, SUITE 7
PO BOX 10092
FAIRFIELD, NEW JERSEY 07004
FAX 973-244-9897

ATTORNEY EDELSTEIN
7742 SPALDING DRIVE, SUITE 478
NORCROSS, GEORGIA 30092
FAX 770-840-9492

ATTORNEY WILKS
1007 N. ORANGE STREET, SUITE 1110
WILMINGTON, DELAWARE 19801
FAX 302-428-3996

NOTE:
REGRETFULLY, THE PLAINTIFFS WISH TO INFORM THE COURT AND ALL PARTIES, DUE TO PLAINTIFF ISIDORE CORWIN'S VERY RECENT HEALTH PROBLEMS, PLAINTIFF ISIDORE CORWIN WILL NOT BE ABLE TO APPEAR PERSONALLY IN COURTROOM 4A OF THE J. CALEB BOGGS FEDERAL BUILDING IN WILMINGTON, DELAWARE AT 10:00 A.M. ON WEDNESDAY, JANUARY 25, 2006 FOR A STATUS HEARING IN C.A. NO 04-1499 (GMS), CORWIN V. BNAI BRITH ET AL. MR CORWIN'S SPOUSE, CO-PLAINTIFF, BONNIE CORWIN, WILL APPEAR, AS ORDERED. SHE WILL REPRESENTS MR CORWIN'S POSITION IN THE SUIT AS SHE DID BOTH IN THE NOVEMBER 4, 2005 DEPOSITION AND IN THE NOVEMBER 23, 2005 MEDIATION CONFERENCE (AGREED UPON BY ALL PARTIES); AND THIS IS DUE TO ISIDORE CORWIN'S INABILITY TO TESTIFY WITH HIS MEMORY LOSS PROBLEMS PER DOCTOR LEE DRESSER OF WILMINGTON NEUROLOGY, WHO LATELY HAS HAD TO INCREASE HIS MEDICATION; LEAVING MR CORWIN IN A MOST-SLEEPY STATE. WE ARE SORRY FOR THE INCONVENIENCE THIS NON-ATTENDANCE MAY HAVE CAUSED THE COURT.
ISIDORE AND BONNIE CORWIN

*Bonnie Corwin* (signature)