IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN<br><br>Plaintiffs,<br><br>v.<br><br>B'NAI B'RITH SENIOR CITIZEN HOUSING, INC. AND LYNNE ROTAN<br><br>Defendants. | Civil Action No. 04-1499 (GMS) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby STIPULATE AND AGREE to the dismissal with prejudice of Defendant Southeastern Properties [sic] Management, Inc. from this action.

_____
Isidore Corwin
Plaintiff

_____
Bonnie Corwin
Plaintiff

By:

Steven J. Edelstein, Esq.
With Express Permission of Plaintiffs.

_____
David E. Wilks, Esq.
BUCHANAN INGERSOLL, P.C.
The Nemours Building
1007 North Orange St., Suite 1110
Wilmington, Delaware, 19801
Counsel for Defendants
Tel.: (302) 428-5500
Fax: (302) 428-3996)

Steven J. Edelstein, Esq.
(Admitted *pro hac vice*)
WILLIAMS & EDELSTEIN, P.C.
7742 Spalding Drive, Suite 478
Norcross, Georgia, 30092
Co-counsel for defendants
Tel. (770) 840-8483 ext. 206.
Fax: (770) 840-9492

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2006, the foregoing Stipulation of Dismissal was served in the manner indicated upon the following parties and counsel of record:

**BY FIRST CLASS MAIL:**

Isidore Corwin and Bonnie Corwin
B'nai B'rith House
8608 Society Drive
Claymont, DE 19703

**BY ELECTRONIC SERVICE VIA CM/ECF:**

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806-3015

Christopher A. Ferrara, Esquire
American Catholic Lawyers Assn., Inc.
420 Route 46 East, Suite 7
Fairfield, NJ 07004-9897

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (I.D. # 3691)