# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ISIDORE CORWIN AND BONNIE CORWIN

          Plaintiffs,

          v.                                    Civil Action No. 04-1499 (GMS)

B'NAI B'RITH SENIOR CITIZEN HOUSING,
INC. AND LYNNE ROTAN

          Defendants.

## STIPULATION OF SETTLEMENT

     The parties having amicably settled this complaint, it is hereby **STIPULATED**

**AND AGREED** as follows:

     1.     Defendants agree to take the following actions in order to ensure that the

lobby, solarium, hallways and other common areas of B'nai B'rith House ("BBH") are

maintained in a religiously neutral state that does not endorse or appear to endorse or

favor any religion:

          a.    Religious objects and symbols will not be permitted in any of the common

               areas of BBH.

          b.    Religious services will not be permitted in any of the common areas of

               BBH.  During the Christmas and Hanukah seasons, however, BBH will

               continue to allow residents to display a Christmas tree and Menorah along

               with other non-religious seasonal decorations.

          c.    Announcements of religious services will be permitted on the BBH

               bulletin board and in its newsletter but will be prohibited in all other

               common areas.

     d. The mezuzah on the doorpost of the entrance of BBH will be removed and will be made part of a non-religious commemorative plaque honoring the founders of the BBH.

2.    Residents who wish to conduct religious services on the premises will be permitted to conduct such services in the Potter Auditorium only, which shall be modified and maintained to provide worship space as follows:

     a. BBH will continue to allow religious services to be conducted in the Potter Auditorium in a manner that ensures equal access to residents of all religions.

     b. BBH will continue to accept without regard to religion all announcements of religious services in Potter Auditorium as composed by tenants for placement in the BBH newsletter.

     c. Tenants will continue to be allowed to place announcements of religious services in tenant cubbyholes.

     d. The sign "Congregation *Machizek Hadas*" will be removed; however, temporary signs may be used to notify residents about services in progress.

     e. Torah scrolls and other accoutrements of Jewish worship will be enclosed by a curtain to be installed on the riser so that they are not visible when Jewish services are not in progress.

     f. Similarly, the accoutrements of Catholic and Christian and other worship services, including any portable altar for Mass, will be enclosed by a

Corwins v. B'nai B'rith Senior Citizen Housing, Inc.
Stipulation of Settlement
Page 2

separate curtain to be installed on the riser so that they are not visible
when Catholic or Christian services are not in progress.

3.     BBH will continue to allow residents to display religious symbols and
images of their choice (Mezuzahs, Crucifixes, etc.) on the outside of their apartment
doors and on their individual mailboxes.

4.     BBH will continue to allow plaintiffs to display the iron crucifix affixed to
their balcony wall.

5.     In its marketing plan for prospective tenants, BBH will place an equal
number and size of paid advertisements in *The Jewish Voice* and the *Dialogue* (the local
archdiocesan newspaper).

6.     BBH will issue to all residents the attached Notice to Residents (Exhibit A)
outlining the policy changes that will go into effect pursuant to this settlement.

7.     The parties agree that in furtherance of this amicable resolution of the
litigation they will refrain from public disparagement of each other.

8.     Defendants will pay plaintiffs their out-of-pocket costs for this litigation in
the amount of $3,000 by a check payable directly to plaintiffs to be issued to them on
February 15, 2005 at BBH.

9.     Upon the filing of this stipulation "SO ORDERED," this action shall be
dismissed with prejudice, with this Court to retain jurisdiction only as to the enforcement
of this Stipulation of Settlement.

Corwins v. B'nai B'rith Senior Citizen Housing, Inc.
Stipulation of Settlement
Page 3

10.    Upon filing, this stipulation shall operate as a mutual release of any and all claims the parties may have against each other, up to and including the date on which the stipulation has been executed by all parties.

---
Isidore Corwin
Plaintiff

---
Bonnie Corwin
Plaintiff

---
David E. Wilks, Esq.
BUCHANAN INGERSOLL, P.C.
The Nemours Building
1007 North Orange St., Suite 1110
Wilmington, Delaware, 19801
Counsel for Defendants
Tel.: (302) 428-5500
Fax: (302) 428-3996


---
Steven J. Edelstein, Esq.
(Admitted *pro hac vice*)
COUGHLIN, KITAY & EDELSTEIN, P.C.
7742 Spalding Drive, Suite 478
Norcross, Georgia, 30092
Co-counsel for defendants
Tel. (770) 840-8483 ext. 206.
Fax: (770) 840-9492


---
Lynne Rotan
Defendant


B'nai B'rith Senior Citizen Housing, Inc.


By:_____
      David Schlecker

SO ORDERED.

February ____, 2005.

---
Hon. Gregory M. Sleet, USDJ


Corwins v. B'nai B'rith Senior Citizen Housing, Inc.
Stipulation of Settlement
Page 4

## Exhibit A

## NOTICE TO ALL RESIDENTS OF B'NAI B'RITH HOUSE

During the past holiday season, many of you noticed a number of changes taking place in B'nai B'rith House relative to religious displays and religious services in the building.  Many of you are also aware that B'nai B'rith House has been involved in a lawsuit brought by two of our residents who claimed that we discriminated against them on the basis of their religion.  **We are happy to report that this lawsuit has been amicably settled.**

While waiting for the settlement to become final, B'nai B'rith House decided to begin making some changes immediately, partly in reliance on the settlement agreement but also because we wish to continue our commitment to ensuring that the fair housing rights of every resident in this building are fairly recognized and respected.

As a result, B'nai B'rith House has implemented the following policies and procedures, which will be made a part of the House Rules in due course.

1. Religious items of any kind, including symbols, displays, magazines and literature, will not be permitted in any of the common areas.

2. Religious services will not be permitted in any of the common areas.  However, during the Christmas and Hanukah seasons, BBH will continue to allow residents to display a Christmas tree and Menorah along with other non-religious seasonal decorations.

3. Announcements of religious services will continue to be permitted on the BBH bulletin board and in its newsletter but will be prohibited in any other common areas.

4. Residents who wish to conduct religious services on the premises will be permitted to conduct such services in the Potter Auditorium only.  BBH will continue to allow religious services to be conducted in the Potter Auditorium in a manner that ensures equal access to residents of all religions.

5. BBH will continue to accept for publication in our newsletter all announcements of religious services in the Potter Auditorium.  Residents will also continue to be allowed to place announcements of religious services in resident cubbyholes.

6. BBH will continue to allow residents to display religious symbols and images of their choice (Mezuzahs, Crucifixes, etc.) on the outside of their apartment doors and on their individual mailboxes.

Lastly, it is important that we respect the dignity of all other residents in our community, especially those with whom we disagree.  It is also important that each and every resident of BBH understand that federal and state laws make it illegal to harass or retaliate against anyone.  We cannot overemphasize how important it is for all residents to avoid any conflict or potential conflict that could be construed as harassment or retaliation.

If you have any further questions or concerns about this matter, please feel free to contact me privately.


Lynne Rotan, Manager

Date:

# EXHIBIT B

Exhibit A

## NOTICE TO ALL RESIDENTS OF B'NAI B'RITH HOUSE

During the past holiday season, many of you noticed a number of changes taking place in B'nai B'rith House relative to religious displays and religious services in the building. Many of you are also aware that B'nai B'rith House has been involved in a lawsuit brought by two of our residents who claimed that we discriminated against them on the basis of their religion. **We are happy to report that this lawsuit has been amicably settled.**

While waiting for the settlement to become final, B'nai B'rith House decided to begin making some changes immediately, partly in reliance on the settlement agreement but also because we wish to continue our commitment to ensuring that the fair housing rights of every resident in this building are fairly recognized and respected.

As a result, B'nai B'rith House has implemented the following policies and procedures, which will be made a part of the House Rules, in due course.

1. Religious items of any kind, including symbols, displays, magazines and literature, will not be permitted in any of the common areas.

2. Religious services will not be permitted in any of the common areas. However, during the Christmas and Hanukah seasons, BBH will continue to allow residents to display a Christmas tree and Menorah along with other non-religious seasonal decorations.

3. Announcements of religious services will continue to be permitted on the BBH bulletin board and in its newsletter but will be prohibited in any other common areas.

4. Residents who wish to conduct religious services on the premises will be permitted to conduct such services in the Potter Auditorium only. BBH will continue to allow religious services to be conducted in the Potter Auditorium in a manner that ensures equal access to residents of all religions.

5. BBH will continue to accept for publication in our newsletter all announcements of religious services in the Potter Auditorium.  Residents will also continue to be allowed to place announcements of religious services in resident cubbyholes.

6. BBH will continue to allow residents to display religious symbols and images of their choice (Mezuzahs, Crucifixes, etc.) on the outside of their apartment doors and on their individual mailboxes.

7. Religious items used in the performance of religious services will be permitted in the Potter Auditorium during said services and will either be covered or removed from public view at the conclusion of the service or as soon as safety permits.

8. Resident's who wish to display symbols of faith during their holidays will be permitted to sign up with the BBH office to display said items but will again follow the provisions of the paragraph above.

Lastly, it is important that we respect the dignity of all other residents in our community, especially those with whom we disagree.  It is also important that each and every resident of BBH understand that federal and state laws make it illegal to harass or retaliate against anyone.  We cannot overemphasize how important it is for all residents to avoid any conflict or potential conflict that could be construed as harassment or retaliation.

If you have any further questions or concerns about this matter, please feel free to contact me privately.

Lynne Rotan, Manager

Date:

# EXHIBIT C

# FAX 770-840-9492
# Cover Sheet

Pages: Including cover sheet – 12

TO:
ATTORNEY EDELSTEIN
7742 SPALDING DRIVE, SUITE 478
NORCROSS, GEORGIA 30092
FAX 770-840-9492

FROM: *ISIDORE AND BONNIE CORWIN*
TELE/FAX: 302-798-5116

DATE: JANUARY 27, 2006

JANUARY 27, 2006

ISIDORE AND BONNIE CORWIN
BNAI BRITH HOUSE
8000 SOCIETY DRIVE
APT 608
CLAYMONT, DE 19703-1749
TELE/FAX 302-798-5116

DEAR MR EDELSTEIN,

THANK YOU, AS DEFENDANTS' COUNSEL, FOR FAXING THE DRAFT OF THE SETTLEMENT IN **CORWIN VS BNAI BRITH**, TO US FOR OUR REVIEW, PER STATUS HEARING HELD ON JANUARY 25, 2006 AT U.S. DISTRICT COURT IN DELAWARE.

AS YOU WILL FIND IN THE RETURN DRAFTS TO YOU, WE MADE CORRECTIONS AND ADDITIONS TO YOUR ORIGINAL DRAFTS. THE CORRECTIONS AND CHANGES CAME OUT OF THE FACT FIND CONFERENCE, THE MEDIATION CONFERENCE, AND STATUS HEARING PROMISES.

YOU STATED TO ME ON THE TELEPHONE ON JANUARY 26, 2006, NOT TO MAKE TOO MANY CHANGES ON YOUR DRAFT; BUT, TO REPEAT, WE WANT IT **RIGHT (AND CLEAR).** WE BELIEVE THE CIVIL ACTION IS DESERVING OF THIS FOR ALL PARTIES, AND FOR THE TENANTS. WHAT THEY DO WITH IT AFTER THAT IS IN YOUR BALL PARK.

THE HONORABLE JUDGE GREGORY M. SLEET OF U.S. DISTRICT COURT OF DELAWARE, THE PRESIDING JUDGE IN OUR CIVIL ACTION, TOLD US THAT HE ANTICIPATES THAT WE WILL HAVE NO PROBLEM DRAFTING THE LETTER TOGETHER. HIS REMARK WAS ONE OF CONFIDENCE.

SINCERELY,
*ISIDORE AND BONNIE CORWIN,* PLAINTIFFFS

P.S. REGARDING THE MAZZUZAH OFF THE BBH FRONT DOOR POST: ENCLOSED PLEASE FIND GOOGLE SEARCH FOR MEZZUZAH, PAGE 2 OF 7, THIRD PARAGRAPH DOWN WHERE, IN PRINT, IT REGARDS THE MEZZUZAH, EVEN WHEN NOT ACTIVELY USED IN A DWELLING, STILL AS AN OBJECT OF RELIGIOUS SIGNIFICANCE. THAT IS WHY, IN REGARDS TO YOUR NEUTRAL POLICY AT BBH AND WITH RESPECT FOR THE JEWISH FAITH MEZZUZAH, WE FIRMLY BELIEVE THE COMMEMORATIVE MEZZUZAH SHOULD HANG IN THE POTTER AUDITORIUM (OR LODGE BOARD ROOM, OR BBH OFFICE; BUT NOT IN A DESIGNATED NEUTRAL COMMON AREA AT BBH).....*AND,* SINCE WE ALREADY HAVE CONCEDED, (TO PREVENT A GLITCH IN THE SETTLEMENT IN OUR CIVIL ACTION), TO ALLOW A COMMEMORATIVE PLAQUE WITH OLD TESTAMENT SCRIPTURE IN THE LOBBY.

ENC: JUDAISM 101



◀Back  Contents  Search  Next▶

## Signs and Symbols

**Signs & Symbols**

- Mezuzah
- Tefillin
- Tzitzit and Tallit
- Menorah
- Yarmulke
- Magen David
- Chai
- Hamesh Hand

*Level: Basic*

### Mezuzah

On the doorposts of traditional Jewish homes (and many not-so-traditional homes!), you will find a small case like the one pictured at left. This case is commonly known as a mezuzah (Heb.: doorpost), because it is placed upon the doorposts of the house. The mezuzah is not, as some suppose, a good-luck charm, nor does it have any connection with the lamb's blood placed on the doorposts in Egypt.



Rather, it is a constant reminder of G-d's presence and G-d's mitzvot.

The mitzvah to place mezuzot on the doorposts of our houses is derived from Deut. 6:4-9, a passage commonly known as the Shema (Hear, from the first word of the passage). In that passage, G-d commands us to keep His words constantly in our minds and in our hearts, by (among other things) writing them on the doorposts of our house. The words of the Shema are written on a tiny scroll of parchment, along with the words of a companion passage, Deut. 11:13-21. On the back of the scroll, a name of G-d is written. The scroll is then rolled up placed in the case, so that the first letter of the Name (the letter Shin) is visible (or, more commonly, the letter Shin is written on the outside of the case).

The scroll must be handwritten in a special style of writing and must be placed in the case to fulfill the mitzvah. It is commonplace for gift shops to sell cases without scrolls, or with mechanically printed scrolls, because a proper scroll costs more than even an elaborately decorated case ($30-$50 for a valid scroll is quite reasonable). According to traditional authorities, mechanically printed scrolls do not fulfill the mitzvah of the mezuzah, nor does an empty case.

The case and scroll are then nailed or affixed to the right side

doorpost on an angle, with a small ceremony called Chanukkat Ha-Bayit (dedication of the house - yes, this is the same word as Chanukkah, the holiday celebrating the rededication of the Temple after the Maccabean revolt against Greece). A brief blessing is recited. See the text of the blessing at Affixing the Mezuzah.

Why is the mezuzah affixed at an angle? The rabbis could not decide whether it should be placed horizontally or vertically, so they compromised!

Every time you pass through a door with a mezuzah on it, you touch the mezuzah and then kiss the fingers that touched it, expressing love and respect for G-d and his mitzvot and reminding yourself of the mitzvot contained within them.

It is proper to remove a mezuzah when you move, and in fact, it is usually recommended. If you leave it in place, the subsequent owner may treat it with disrespect, and this is a grave sin. I have seen many mezuzot in apartment complexes that have been painted over by subsequent owners, and it breaks my heart every time I see that sort of disrespect to an object of religious significance.

For more information about mezuzot or to purchase valid scrolls for a mezuzah online, visit the S.T.A.M. website.

### Tefillin

The Shema also commands us to bind the words to our hands and between our eyes. We do this by laying tefillin, that is, by binding to our arms and foreheads a leather pouch containing scrolls of Torah passages.



The word "tefillin" is usually translated "phylacteries," although I don't much care for that term, partly because it isn't very enlightening if you don't already know what tefillin are, and partly because it means "amulet," and suggests that tefillin are some kind of protective charm, which they clearly are not. On the contrary, the word "tefillin" is etymologically related to the word "tefilah" (prayer) and the root Pe-Lamed-Lamed (judgment).

Like the mezuzah, tefillin are meant to remind us of G-d's mitzvot. At weekday morning services, one case is tied to the arm, with the scrolls at the biceps and leather straps extending down the arm to the hand, then another case is tied to the head,

**Welcome to About.com**  What is About.com?

I'm Lisa Katz, your Guide to Judaism. If this Google search is not what you were looking for, you may want to see our other popular topics, such as ABC's of Judaism, Ask the Rabbi Q&A, or Being Jewish Today.

## About
Guide to Judaism,
History, Genealogy

**FREE** Judaism Newsletter. Enter email address  ☑ sign up

Judaism

*ph. 3 of 4*

## Mezuzah
What, Why, and How of Mezuzot

### What is a Mezuzah?

**A mezuzah is a sacred parchment inscribed by hand with two portions of Torah. It is stored in a protective case and hung on the doorposts of Jewish homes.**

#### Parchment
The parchment (*klaf*) come from a kosher species of animal.

#### Inscribed by Hand
The person who writes on the parchment is called *a sofer* (scribe). Scribes are trained to inscribe the mezuzah in the same manner and script as the Torah. Any mistakes make the mezuzah invalid.

#### Torah
The two portions of Torah written on the parchment are *Shema* (Deuteronomy 6:4-9) and *Vehaya* (Deuteronomy 11:13-21). Both of these Torah portions include the verse, "And you shall inscribe these words upon the doorposts of your house and upon your gates."

#### Protective Case
Once the mezuzah is written, it is rolled from left to right and placed in a protective case.

#### Hung on Doorposts
Mezuzot are affixed to the doorpost of each room in the home and place of business, except for the bathrooms.

### Why Hang a Mezuzah?

In the Torah, God commands the Jewish people to hang mezuzot on their doorposts. Two Torah portions, *Shema* and *Vehaya*, include the verse: "And you shall inscribe these words upon the doorposts of your house and upon your gates."

The *Shema* (Deuteronomy 6:4-9) begins with "Hear O Israel, the Lord is our God, the Lord is One." The *Shema* reminds us that God is always present in our lives, and that we should keep God's words constantly in our minds and in our hearts. The *Shema* tells us that one way to do this is by writing them on the doorposts of our house. *Vehaya* (Deuteronomy 11:13-21) assures us of God's compensation if we fulfill his commandments (*mitzvot*).

It is a Torah commandment to hang mezuzot on our doorposts. Mezuzot, in turn, remind of God's presence and of our duty to fulfill God's commandments.

http://judaism.about.com/library/3_blessingsprayers/bl_mezuza.htm

1/26/2006

JAN-26-2006 14:48   FROM:DEL TECH LIBRARY

Mezuzah - What, Why and How of Mezuzot

p. 4 of 4

### How to Hang a Mezuzah

A mezuzah is affixed upon all the doorways of Jewish homes and businesses, except for bathrooms.

### Blessing on Affixing a Mezuzah

Before affixing a mezuzah to a doorpost, the following blessing is recited:

בָּרוּךְ אַתָּה יְ־יָ אֱ־לֹהֵינוּ מֶלֶךְ הָעוֹלָם, אֲשֶׁר
קִדְּשָׁנוּ בְּמִצְוֹתָיו וְצִוָּנוּ לִקְבּוֹעַ מְזוּזָה.

*Barukh ata Adonai Eloheinu Melekh ha-olam, asher kidshanu b'mitzvotav v'tzivanu likbo-a mezuzah.*

Blessed are You, Adonai our God, Ruler of the universe, Who sanctifies us with holy commandments and commands us to fix a mezuzah.

The blessing is only recited once (usually on the front door) for all the mezuzot in the house . After reciting the blessing, no words are spoken until all mezuzot are hung throughout the house.

### Where to Affix a Mezuzah

The mezuzah is placed in the following way:

- on the right doorpost as one enters the room.
- at the bottom of the upper third of the doorpost (shoulder height).
- in a slightly slanted position so that the top points toward the inside of the room.

### How to Care for a Mezuzah

Mezuzot should be examined by a reliable scribe when purchased and at least twice every seven years. Age and weather can cause the ink to fade and crack, thereby invalidating the mezuzah.

### Where to Purchase a Mezuzah

Mezuzot can often be purchased in synagogue gift shops. These online sites also offer mezuzot.

### Mezuzot Offer Divine Protection

According to the Talmud, keeping the commandment of mezuzah brings long life and protection for members of the home.

Furthermore, it is believed every mezuzah that is affixed adds to the divine protection of people everywhere. The name of God (letters *Shin-Daled-Yud*) is written on the back of mezuzot. It is said that these letters also stand for *Shomer Daltot Yisrael*, which means Guardian of the Doors of Israel.

~ Lisa Katz

http://judaism.about.com/library/3_blessingsprayers/bl_mezuza.htm                    1/26/2006

## STIPULATION OF SETTLEMENT OF CORWIN VS. BNAI BRITH ET AL

THE PARTIES HAVING AMICABLY SETTLED THIS COMPLAINT, IT IS HEREBY **STIPULATED AND AGREED** AS FOLLOWS:

1. DEFENDANTS AGREE TO TAKE THE FOLLOWING ACTIONS IN ORDER TO ENSURE THAT THE LOBBY, SOLARIUM, HALLWAYS AND OTHER COMMON AREAS OF B'NAI B'RITH HOUSE ("BBH") ARE MAINTAINED IN A RELIGIOUSLY NEUTRAL STATE WHICH WILL NOT ENDORSE OR APPEAR TO ENDORSE OR FAVOR ANY RELIGION:

    A. RELIGIOUS ITEMS OF ANY KIND, INCLUDING SYMBOLS, DISPLAYS, MAGAZINES, LITERATURE, BOOKS, POSTERS, DECORATIONS WILL NOT BE PERMITTED IN ANY OF THE COMMON AREAS OF BBH. AS WELL, NO HOUSEHOLD DONATIONS, RELIGIOUS OR NON-RELIGIOUS, TO OTHER TENANTS MAY BE LEFT IN THE COMMON AREA.

    B. RELIGIOUS SERVICES WILL NOT BE PERMITTED TO BE HELD IN ANY OF THE COMMON AREAS OF BBH.

    C. THE FRAMED HEBREW WRITING IN THE LOBBY THAT STATES "WHEN WE ENTER INTO THE MONTH OF ADAR, WE INCREASE IN JOY", WILL BE REMOVED.

    D. THE MEZZUZAH FROM THE DOORPOST OF THE ENTRANCE OF BBH WILL BE REMOVED AND MADE PART OF A RELIGIOUS COMMEMORATIVE PLAQUE HONORING THE FOUNDERS OF THE BBH AND HUNG IN THE POTTER AUDITORIUM.

    E. BBH WILL HANG A PLAQUE IN THE LOBBY SUCH AS QUOTE FROM THEIR B'NAI B'RITH CALENDAR OF THE JEWISH YEAR 5765: "AS THE LARGEST JEWISH SPONSOR OF FEDERALLY FUNDED NON-SECTARIAN HOUSING, B'NAI B'RITH PROVIDES SAFE, AFFORDABLE LIVING FOR SENIORS OF ALL FAITHS."

    F. DURING THE RELIGIOUS HOLY DAYS OF CHRISTMAS AND HANUKAH ONLY, BBH WILL CONTINUE TO ALLOW RESIDENTS TO DISPLAY CHRISTMAS TREES, 6-POINT STARS, MENORAHS, 5-POINT STARS; ALONG WITH OTHER NON-RELIGIOUS SEASONAL DECORATIONS IN THE COMMON AREAS.

    G. ANNOUNCEMENT OF RELIGIOUS SERVICES AND HOLY DAY SPECIAL SERVICES WILL CONTINUE TO BE POSTED ON THE BBH BULLETIN BOARD AND ACCEPTED FOR PUBLICATION IN THE BUILDING MONTHLY NEWSLETTER.

2. RESIDENTS WHO WISH TO CONDUCT RELIGIOUS SERVICES ON THE BBH PREMISES WILL BE PERMITTED TO CONDUCT SUCH SERVICES IN THE POTTER AUDITORIUM ONLY, WHICH SHALL BE MODIFIED AND MAINTAINED TO PROVIDE WORSHIP SPACE AS FOLLOWS:

    A. THE MEZZUZAH FROM THE DOORPOST OF THE POTTER AUDITORIUM WILL BE REMOVED.

B. BBH WILL CONTINUE TO ALLOW RELIGIOUS SERVICES TO BE CONDUCTED IN THE POTTER AUDITORIUM IN A MANNER THAT ENSURE EQUAL ACCESS TO RESIDENTS OF ALL RELIGIONS.

C. BBH WILL CONTINUE TO ACCEPT, WITHOUT REGARD TO RELIGION, ALL ANNOUNCEMENTS COMPOSED BY TENANTS OF RELIGIOUS EVENTS THEY ARE HOLDING IN THE POTTER AUDITORIUM AND FOR PLACEMENT IN THE BBH NEWSLETTER.

D. BBH WILL CONTINUE TO BE ALLOW TENANTS TO PLACE ANNOUNCEMENTS OF RELIGIOUS EVENTS IN TENANT CUBBYHOLES IN THE LOBBY.

E. THE BBH SIDE DOOR SIGN "CONGREGATION MACHIZEK HADAS" WILL BE REMOVED AND TEMPORARY SIGNS FOR ANY SERVICES MAY BE USED TO NOTIFY RESIDENTS ABOUT SERVICES IN PROGRESS.

F. THE HOLY HOUSING OF THE TORA SCROLLS AND OTHER ACCOUTREMENTS OF JEWISH WORSHIP IN THE POTTER AUDITORIUM WILL BE ENCLOSED BY A CURTAIN/ DIVIDER SO THAT IT IS NOT ACCESSIBLE WHEN JEWISH SERVICES ARE NOT IN PROGRESS.

G. ANY ALTER OR HOLY BOOK SUCH AS THE HOLY GOSPEL AND OTHER ACCOUTREMENTS OF RELIGIOUS WORSHIP IN THE POTTER AUDITORIUM WILL BE ENCLOSED BY A CURTAIN /DIVIDER SO THAT IT IS NOT ACCESSIBLE WHEN CHRISTIAN OR OTHER SERVICES ARE NOT IN PROGRESS.

H. AN OPEN INVITATION FOR ANY TENANT'S PARTICULAR FAITH TO HOLD WORSHIP SERVICES IN THE POTTER AUDITORIUM IS POLICY AT THE BBH.

3. RESIDENTS WHO WISH TO DISPLAY RELIGIOUS SYMBOLS DURING HOLY DAYS SUCH AS SMALL RELIGIOUS STATUES FOR HANAKAH OR NATIVITY SCENE FOR CHRISTMAS ARE INVITED TO DO SO IN THE POTTER AUDITORIUM WITH A SIGN-UP SHEET AT THE BBH OFFICE.

4. BBH WILL CONTINUE TO ALLOW RESIDENTS TO DECORATE WITH RELIGIOUS SYMBOLS SUCH AS MEZUZAHS OR CRUCIFIX ON THEIR APARTMENT FRONT DOORS.

5. ANY GENERIC FURNISHING OR RELIGIOUS DECORATIVE HANGING SUCH AS A CRUCIFIX OR RELIGIOUS HOLIDAY FLAG, POSITIONED ON A UNIT'S BALCONY PRIOR TO THIS SETTLEMENT NOTICE, SHALL REMAIN. BEYOND THAT DATE, ALL FURNISHINGS ON THE BALCONIES MUST ABIDE BY THE 2005 BBH RULE BOOK. BALCONY INSPECTIONS WILL OCCUR ONLY WITH A 30-DAY NOTICE AT BBH.

6. IN ITS MARKETING PLAN FOR PROSPECTIVE TENANTS, BBH WILL PLACE AN EQUAL NUMBER AND SIZE OF PAID ADVERTISEMENTS IN THE JEWISH VOICE AND IN THE DIALOGUE (THE LOCAL ARCHDIOCESAN NEWSPAPER). AS WELL, THE AFFIRMATIVE MARKET PLAN FOR BBH OF 2002, WITH DISPLAY ADVERTISEMENTS TO BE PLACED IN THE NEWS JOURNAL, WILL BE UPDATED.

7. BBH WILL ISSUE TO ALL RESIDENTS THE ATTACHED NOTICE TO RESIDENTS (EXHIBIT A) OUTLINING THE POLICY CHANGES THAT WILL GO INTO EFFECT PURSUANT TO THIS SETTLEMENT.

8. BBH MANAGER AGREES THAT IN FURTHERANCE OF THIS AMICABLE RESOLUTION OF THE LITIGATION, SHE WILL REFRAIN FROM ANY UNPROFESSIONAL MANNERISM IN HER LANDLORD/TENANT DUTIES WITH COMPLAINANTS.

9. THE PARTIES AGREE THAT IN FURTHERANCE OF THIS AMICABLE RESOLUTION OF THE LITIGATION THEY WILL REFRAIN FROM PUBLIC DISPARAGEMENT OF EACH OTHER.

10. DEFENDANTS WILL PAY PLAINTIFFS THEIR OUT-OF-POCKET COSTS FOR THIS LITIGATION IN THE AMOUNT OF $3,000 BY A CASHIER'S CHECK PAYABLE DIRECTLY TO PLAINTIFFS TO BE ISSUED TO THEM ON MARCH 17, 2006 AT BBH.

11. UPON THE FILING OF THIS STIPULATION "SO ORDERED", THIS ACTION SHALL BE DISMISSED WITH PREJUDICED, WITH THIS COURT TO RETAIN JURISDICTION ONLY AS TO THE ENFORCEMENT OF THIS STIPULATION OF SETTLEMENT.

12. UPON FILING, THIS STIPULATION SHALL OPERATE AS A MUTUAL RELEASE OF ANY AND ALL CLAIMS THE PARTIES MAY HAVE AGAINST EACH OTHER, UP TO AND INCLUDING THE DATE ON WHICH THE STIPULATION HAS BEEN EXECUTED BY ALL PARTIES.

SO ORDERED.

FEBRUARY    , 2006

*EXHIBIT "A" IN CIVIL ACTION LAWSUIT SETTLEMENT:*

## NOTICE TO ALL RESIDENTS OF B'NAI B'RITH HOUSE

DURING THE 2005 HOLIDAY SEASON, MANY OF YOU NOTICED A NUMBER OF CHANGES TAKING PLACE IN B'NAI B'RITH HOUSE RELATIVE TO RELIGIOUS DISPLAYS AND RELIGIOUS SERVICES IN THE BUILDING. MANY OF YOU ARE ALSO AWARE THAT B'NAI B'RITH HOUSE HAS BEEN INVOLVED IN A RELIGIOUS DISCRIMINATION COMPLAINT FILED BY TWO OF OUR RESIDENTS IN THE U.S. DISTRICT COURT OF DELAWARE. **WE ARE HAPPY TO REPORT THAT THIS LAWSUIT HAS BEEN AMICABLY SETTLED.**

WHILE WAITING FOR THE SETTLEMENT TO BECOME FINAL, B'NAI B'RITH HOUSE DECIDED TO BEGIN MAKING SOME CHANGES IMMEDIATELY, PARTLY IN RELIANCE ON THE SETTLEMENT AGREEMENT, BUT ALSO BECAUSE WE WISH TO CONTINUE OUR COMMITMENT TO ENSURING THAT THE FAIR HOUSING RIGHTS OF EVERY RESIDENT IN THIS BUILDING ARE RECOGNIZED AND RESPECTED.

AS A RESULT, B'NAI B'RITH HOUSE HAS DECIDED TO CREATE A "NEUTRAL" RELIGIOUS ATMOSPHERE IN THE BUILDING. WITH THIS IN MIND, B'NAI B'RITH HOUSE HAS IMPLEMENTED THE FOLLOWING POLICIES AND PROCEDURES OUT OF THE SETTLEMENT, WHICH WILL BE MADE A PART OF THE HOUSE RULES IN DUE COURSE.

1. WE WILL TAKE FOLLOWING ACTIONS IN ORDER TO ENSURE THAT THE LOBBY, SOLARIUM, HALLWAYS AND OTHER COMMON AREAS OF B'NAI B'RITH HOUSE ("BBH") ARE MAINTAINED IN A RELIGIOUSLY NEUTRAL STATE WHICH WILL NOT ENDORSE OR APPEAR TO ENDORSE OR FAVOR ANY RELIGION:

   A.   RELIGIOUS ITEMS OF ANY KIND, INCLUDING SYMBOLS, DISPLAYS, MAGAZINES, LITERATURE, BOOKS, POSTERS, DECORATIONS WILL NOT BE PERMITTED IN ANY OF THE COMMON AREAS OF BBH. AS WELL, NO HOUSEHOLD DONATIONS, RELIGIOUS OR NON-RELIGIOUS, TO OTHER TENANTS MAY BE LEFT IN THE COMMON AREA.

   B. RELIGIOUS SERVICES WILL NOT BE PERMITTED TO BE HELD IN ANY OF THE COMMON AREAS OF BBH.

   C. THE MEZZUZAH FROM THE DOORPOST OF THE ENTRANCE OF BBH WILL BE REMOVED AND MADE PART OF A RELIGIOUS COMMEMORATIVE PLAQUE HONORING THE FOUNDERS OF THE BBH AND HUNG IN THE POTTER AUDITORIUM.

   D. BBH WILL HANG A PLAQUE IN THE LOBBY SUCH AS  QUOTE FROM THEIR B'NAI B'RITH CALENDAR OF THE JEWISH YEAR 5765: "AS THE LARGEST

1

JEWISH SPONSOR OF FEDERALLY FUNDED NON-SECTARIAN HOUSING, B'NAI B'RITH PROVIDES SAFE, AFFORDABLE LIVING FOR SENIORS OF ALL FAITHS."

E. DURING THE RELIGIOUS HOLY DAYS OF CHRISTMAS AND HANUKAH ONLY, BBH WILL CONTINUE TO ALLOW RESIDENTS TO DISPLAY CHRISTMAS TREES, 6-POINT STARS, MENORAHS, 5-POINT STARS; ALONG WITH OTHER NON-RELIGIOUS SEASONAL DECORATIONS IN THE COMMON AREAS.

F. ANNOUNCEMENT OF RELIGIOUS SERVICES AND HOLY DAY SPECIAL SERVICES WILL CONTINUE TO BE POSTED ON THE BBH BULLETIN BOARD AND ACCEPTED FOR PUBLICATION IN THE BUILDING MONTHLY NEWSLETTER.

2. RESIDENTS WHO WISH TO CONDUCT RELIGIOUS SERVICES ON THE BBH PREMISES WILL BE PERMITTED TO CONDUCT SUCH SERVICES IN THE POTTER AUDITORIUM ONLY, WHICH SHALL BE MODIFIED AND MAINTAINED TO PROVIDE WORSHIP SPACE AS FOLLOWS:

A. THE MEZZUZAH FROM THE DOORPOST OF THE POTTER AUDITORIUM WILL BE REMOVED.

B. BBH WILL CONTINUE TO ALLOW RELIGIOUS SERVICES TO BE CONDUCTED IN THE POTTER AUDITORIUM IN A MANNER THAT ENSURE EQUAL ACCESS TO RESIDENTS OF ALL RELIGIONS.

C. BBH WILL CONTINUE TO ACCEPT, WITHOUT REGARD TO RELIGION, ALL ANNOUNCEMENTS COMPOSED BY TENANTS OF RELIGIOUS EVENTS THEY ARE HOLDING IN THE POTTER AUDITORIUM AND FOR PLACEMENT IN THE BBH NEWSLETTER.

D. BBH WILL CONTINUE TO BE ALLOW TENANTS TO PLACE ANNOUNCEMENTS OF RELIGIOUS EVENTS IN TENANT CUBBYHOLES IN THE LOBBY.

E. THE BBH SIDE DOOR SIGN "CONGREGATION MACHIZEK HADAS" WILL BE REMOVED AND TEMPORARY SIGNS FOR ANY SERVICES MAY BE USED TO NOTIFY RESIDENTS ABOUT SERVICES IN PROGRESS.

F. THE HOLY HOUSING OF THE TORA SCROLLS AND OTHER ACCOUTREMENTS OF JEWISH WORSHIP IN THE POTTER AUDITORIUM WILL BE ENCLOSED BY A CURTAIN/ DIVIDER SO THAT IT IS NOT ACCESSIBLE WHEN JEWISH SERVICES ARE NOT IN PROGRESS.

G. ANY ALTER OR HOLY BOOK SUCH AS THE HOLY GOSPEL AND OTHER ACCOUTREMENTS OF RELIGIOUS WORSHIP IN THE POTTER AUDITORIUM WILL BE ENCLOSED BY A CURTAIN /DIVIDER SO THAT IT IS NOT ACCESSIBLE WHEN CHRISTIAN OR OTHER SERVICES ARE NOT IN PROGRESS.

H. AN OPEN INVITATION FOR ANY TENANT'S PARTICULAR FAITH TO HOLD WORSHIP SERVICES IN THE POTTER AUDITORIUM IS POLICY AT THE BBH.

3. RESIDENTS WHO WISH TO DISPLAY RELIGIOUS SYMBOLS DURING HOLY DAYS SUCH AS SMALL RELIGIOUS STATUES FOR HANAKAH OR NATIVITY SCENE FOR CHRISTMAS ARE INVITED TO DO SO IN THE POTTER AUDITORIUM WITH A SIGN-UP SHEET AT THE BBH OFFICE.

4. BBH WILL CONTINUE TO ALLOW RESIDENTS TO DECORATE WITH RELIGIOUS SYMBOLS SUCH AS MEZUZAHS OR CRUCIFIX ON EACH AND EVERY APARTMENT FRONT DOOR.

5. ANY GENERIC FURNISHING OR RELIGIOUS DECORATIVE HANGING SUCH AS A CRUCIFIX OR RELIGIOUS HOLIDAY FLAG, POSITIONED ON A UNIT'S BALCONY PRIOR TO SETTLEMENT, SHALL REMAIN. BEYOND THAT DATE, ALL FURNISHINGS ON THE BALCONIES MUST ABIDE BY THE 2005 BBH RULE BOOK. BALCONY INSPECTIONS WILL OCCUR ONLY WITH A 30-DAY NOTICE AT BBH.

6. IN ITS MARKETING PLAN FOR PROSPECTIVE TENANTS, BBH WILL PLACE AN EQUAL NUMBER AND SIZE OF PAID ADVERTISEMENTS IN THE JEWISH VOICE AND IN THE DIALOGUE (THE LOCAL ARCHDIOCESAN NEWSPAPER). AS WELL, THE AFFIRMATIVE MARKET PLAN FOR BBH OF 2002, WITH DISPLAY ADVERTISEMENTS TO BE PLACED IN THE NEWS JOURNAL, WILL BE UPDATED.


*LASTLY, IT IS ALSO IMPORTANT THAT EACH AND EVERY RESIDENT OF BBH UNDERSTAND THAT FEDERAL AND STATE LAWS MAKE IT ILLEGAL TO HARASS OR RETALIATE AGAINST ANYONE BECAUSE OF THEIR RELIGION.*

*WE CANNOT OVER EMPHASIZE HOW IMPORTANT ITS IS FOR ALL RESIDENTS TO AVOID ANY CONFLICT OR POTENTIAL CONFLICT THAT COULD BE CONSTRUED AS HARASSMENT OR RETALIATION REGARDING A PERSON'S FREEDOM OF RELIGION.*

*ADDITIONALLY, THE FAIR HOUSING ACT AND OTHER FEDERAL LAWS SPECIFICALLY PROHIBIT DISCRIMINATION AND THE INTIMIDATION OF PEOPLE IN THEIR OWN HOMES.*

*IF YOU HAVE ANY FURTHER QUESTIONS OR CONCERNS ABOUT THIS MATTER, PLEASE FEEL FREE TO CONTACT ME PRIVATELY.*


LYNNE ROTAN, BBH MANAGER
DATED: FEBRUARY     , 2006

3

# EXHIBIT D

# FAX 770-840-9492

# Cover Sheet

Pages: Including cover sheet - 2

TO:
ATTORNEY EDELSTEIN
7742 SPALDING DRIVE, SUITE 478
NORCROSS, GEORGIA 30092
FAX 770-840-9492

FROM:  *ISIDORE AND BONNIE CORWIN*
TELE/FAX: 302-798-5116

DATE: JANUARY 2̶6̶ 29, 2006

DATED:01/29/06
DEAR MR EDELSTEIN, BNAI BRITH & MRS ROTAN, DEFENDANTS COUNSEL:

WHILE WE ARE ACTIVELY DRAFTING THE BBH LETTER TO THE TENANTS TOGETHER, AND IN REGARD TO THE SETTLEMENT OF OUR FILED LAWSUIT WITH BNAI BRITH, WE WANT TO SAY THAT WE VERY UNCOMFORTABLE WITH ONE AREA OF DISCUSSION AND CONCLUSION WE CAME TO IN THE U.S. DISTRICT COURT JUDGE'S PRESENCE REGARDING SETTLEMENT ON JANUARY 25, 2006.

WE AM HOPING WE CAN RESOLVE THIS RESENTMENT WE HAVE IN THIS ONE AREA, AS THE PLAINTIFFS, PRIOR TO FEBRUARY 6, 2006; THE DATE WE ARE OBLIGED TO HAND IN THE SIGNED SETTLEMENT PAPERS TO THE COURT; BECAUSE AS FAR AS WE ARE CONCERNED, THIS PARTICULAR AREA IS _A VERY UNFAIR CONCLUSION_ WE ALL CAME TO THAT DAY AND IT HAS BEEN EATING AT US, WHERE WE MUST PUT IT INTO WORDS TO YOU TODAY.

(WE DON'T KNOW WHETHER WE CAN APPEAL A SETTLEMENT, OR WHETHER WE CAN FILE ANOTHER COMPLAINT AT U.S. DISTRICT COURT IN THIS ONE AREA, BUT YOU CAN SEE BY OUR LOOKING AT VARIOUS OPTIONS, THAT THIS ONE AREA OF CONTENTION IS VERY, VERY SERIOUS TO US); AND WE HOPE, AS WE SAID BEFORE, IT CAN BE RESOLVED BEFORE FEBRUARY 6, 2006.

_HERE IS THE AREA:_  IN OUR SETTLEMENT, WHY CAN A JEWISH CONGREGATION REMAIN TO BE ESTABLISHED _YEAR-ROUND_ AT THE BNAI BRITH HOUSE IN ADDRESS AND BODY, WHICH GIVES THE APPEARANCE OF _ONE RELIGION DICTATING THE FAITH_ OF THE BBH BUILDING AND WITH THE APPROVAL OF THE BNAI BRITH HOUSE OWNERS,  AND WHEN NO OTHER FAITH IS ESTABLISHED AT BBH IN ADDRESS, WHICH IS AGAINST HUD LAW, **BUT**.... A BNAI BRITH HOUSE TENANT SIMPLY IS NOT PERMITTED TO DISPLAY HIS OR HER OWN FAITH _TEMPORARILY (NOT YEAR ROUND)_, IN THE BBH LOBBY DURING THE HOLY DAYS OF  CHRISTMAS AND  HANAKAH ONLY;  AND ACCORDING TO THE  LAW OF THE LAND?  (THIS IS WHERE BBH STATES A RELIGIOUS DISPLAY FOR THOSE TWO (2) HOLY DAYS MUST BE AWAY FROM THE HOLIDAY SETTING IN THE LOBBY, (A SETTING OF A MANURAH AND CHRISTMAS TREE), AND SUCH DISPLAY MUST GO INTO THE POTTER AUDITORIUM). **IT ISN'T FAIR!**

WITH A SUGGESTED NATIVITY SCENE OR JEWISH-FAITH CANDLELIGHT DISPLAY TEMPORARILY DISPLAYED WITHIN A HOLIDAY SETTING IN THE BBH LOBBY EACH YEAR, (WHEN RELIGIOUS SONGS ARE ALREADY PERMITTED TO BE SUNG DURING CHRISTMAS IN THE LOBBY), WE ARE SURE,  FOR THAT SHORT PERIOD OF TIME (APPROXIMATELY ONE MONTH),  YOU COULD RELAX YOUR NEUTRAL POLICY AT BBH, FOR THE LOBBY ONLY, AND FOR THE GOOD OF ALL.

MAYBE IT WOULD BE A BBH INCONVENIENCE TO  ASSURE  EQUAL ACCESS TO ALL FAITHS DURING ONE MONTH IN THE LOBBY,   BUT WE BELIEVE IT IS A TRUE INCONVENIENCE TO ASK MANY BBH SENIOR TENANTS TO WALK OR ROLL DOWN THE HALL IN THEIR WHEELCHAIRS TO THE POTTER AUDITORIUM DURING HANAKAH AND CHRISTMAS IN ORDER TO HAVE THE ABILITY TO  BECOME APART OF A HANAKAH OR CHRISTMAS RELIGIOUS DISPLAY.

THEREFORE, WE ARE ASKING THAT YOU SERIOUSLY RECONSIDER THE STIPULATION AGREEMENT AND THE LETTER TO THE TENANTS TO RELECT A UNITY OF FAITHS IN WORD & ACTION FOR THE BBH LOBBY - FOR THE SEASONS OF CHRISTMAS AND HANAKAH ONLY.

SINCERELY,
ISIDORE AND BONNIE CORWIN, PLAINTIFFS
U.S.DISTRICT COURT CIVIL ACTION 04-1499

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ISIDORE CORWIN AND BONNIE CORWIN

        Plaintiffs,

    v.

B'NAI B'RITH SENIOR CITIZEN HOUSING,
INC. AND LYNNE ROTAN

        Defendants.

Civil Action No. 04-1499 (GMS)

## STIPULATION OF SETTLEMENT

The parties having amicably settled this complaint, it is hereby **STIPULATED AND AGREED** as follows:

1.    Defendants agree to take the following actions in order to ensure that the lobby, solarium, hallways and other common areas of B'nai B'rith House ("BBH") are maintained in a religiously neutral state that does not endorse or appear to endorse or favor any religion:

    a.  Religious objects and symbols will not be permitted in any of the common areas of BBH *including but not limited to magazines, newspapers, books, posters, decorations or symbols.*

    b.  Religious services will not be permitted in any of the common areas of BBH. During the Christmas and Hanukah seasons, however, BBH will continue to allow residents to display a Christmas tree and Menorah along with other non-religious seasonal decorations.

    c.  Announcements of religious services will be permitted on the BBH bulletin board and in its newsletter but will be prohibited in all other common areas.

    d.  The mezuzah on the doorpost of the entrance of BBH will be removed and will be made part of a non-religious commemorative plaque honoring the founders of the BBH.

    e.  *BBH will hang a notice in the lobby welcoming all people to dwell in peace together at the B'nai B'rith Building regardless of race, creed, religion, national origin, gender or sexual preference.*

2.    Residents who wish to conduct religious services on the premises will be permitted to conduct such services in the Potter Auditorium only, which shall be modified and maintained to provide worship space as follows:

    a.  BBH will continue to allow religious services to be conducted in the Potter Auditorium in a manner that ensures equal access to residents of all religions.

    b.  *The mezuzah on the door post of the Potter Auditorium will be removed from site.*

    c.  BBH will continue to accept without regard to religion all announcements of religious services in Potter Auditorium as composed by tenants for placement in the BBH newsletter.

    d.  Tenants will continue to be allowed to place announcements of religious services in tenant cubbyholes.

Corwins v. B'nai B'rith Senior Citizen Housing, Inc.
Stipulation of Settlement
Page 2

e.  The sign "Congregation *Machizek Hadas*" will be removed; however, temporary signs may be used to notify residents about services in progress.

f.  Torah scrolls and other accoutrements of Jewish worship will be enclosed by a curtain to be installed on the riser so that they are not visible when Jewish services are not in progress.

g.  Similarly, the accoutrements of Catholic and Christian and other worship services, including any portable altar for Mass, will be enclosed by a separate curtain to be installed on the riser so that they are not visible when Catholic or Christian services are not in progress.

3.  BBH will continue to allow residents to display religious symbols and images of their choice (Mezuzahs, Crucifixes, etc.) on the outside of their apartment doors and on their individual mailboxes.

4.  BBH will continue to allow plaintiffs to display the iron crucifix affixed to their balcony wall.

5.  In its marketing plan for prospective tenants, BBH will place an equal number and size of paid advertisements in *The Jewish Voice* and the *Dialogue* (the local archdiocesan newspaper).

6.  BBH will issue to all residents the attached Notice to Residents (Exhibit A) outlining the policy changes that will go into effect pursuant to this settlement.

7.  The parties agree that in furtherance of this amicable resolution of the litigation they will refrain from public disparagement of each other.

Corwins v. B'nai B'rith Senior Citizen Housing, Inc.
Stipulation of Settlement
Page 3

8.    Defendants will pay plaintiffs their out-of-pocket costs for this litigation in the amount of $3,000 by a check payable directly to plaintiffs to be issued to them on February 15, 2005 at BBH.

9.    Upon the filing of this stipulation "SO ORDERED," this action shall be dismissed with prejudice, with this Court to retain jurisdiction only as to the enforcement of this Stipulation of Settlement.

10.    Upon filing, this stipulation shall operate as a mutual release of any and all claims the parties may have against each other, up to and including the date on which the stipulation has been executed by all parties.

**SIGNATURE PAGES FOLLOW**

Corwins v. B'nai B'rith Senior Citizen Housing, Inc.
Stipulation of Settlement
Page 4

PLAINTIFFS:


_____
Isidore Corwin
Plaintiff


_____
Bonnie Corwin
Plaintiff


Date:   February ___, 2006.

DEFENDANTS:


_____
Lynne Rotan
Defendant

Date:   February ___, 2006


B'nai B'rith Senior Citizen Housing, Inc.


By:     _____
        David Schlecker,


Date:   February ___, 2006


Approved:


_____
David E. Wilks, Esq.
BUCHANAN INGERSOLL, P.C.
The Nemours Building
1007 North Orange St., Suite 1110
Wilmington, Delaware, 19801
Counsel for Defendants
Tel.: (302) 428-5500
Fax: (302) 428-3996)

Steven J. Edelstein, Esq.
(Admitted *pro hac vice*)
COUGHLIN, KITAY & EDELSTEIN, P.C.
7742 Spalding Drive, Suite 478
Norcross, Georgia, 30092
Co-counsel for defendants
Tel. (770) 840-8483 ext. 206.
Fax: (770) 840-9492


Corwins v. B'nai B'rith Senior Citizen Housing, Inc.
Stipulation of Settlement
Page 6

SO ORDERED.

February _____, 2005.

_____
Hon. Gregory M. Sleet, USDJ