## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2006, the foregoing document was served in the manner indicated upon the following parties and counsel of record:

**BY FIRST CLASS MAIL:**

Isidore Corwin and Bonnie Corwin
B'nai B'rith House
8608 Society Drive
Claymont, DE 19703

**BY ELECTRONIC SERVICE VIA CM/ECF:**

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806-3015

Christopher A. Ferrara, Esquire
American Catholic Lawyers Assn., Inc.
420 Route 46 East, Suite 7
Fairfield, NJ 07004-9897

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (I.D. # 3691)