IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ISIDORE CORWIN AND BONNIE CORWIN

    Plaintiffs,

v.

B'NAI B'RITH SENIOR CITIZEN HOUSING, INC. AND LYNNE ROTAN

    Defendants.

Civil Action No. 04-1499 (GMS)

## ORDER CONFIRMING SETTLEMENT

The parties having settled this complaint on November 23, 2005 following voluntary mediation, D.I. 36, and on January 25, 2006 at the status hearing held before this Court, D.I. 44,

IT IS ORDERED that the following settlement be, and hereby is, made a part of the record in this case:

1.    Defendants agree to take the following actions in order to ensure that the lobby, solarium, hallways and other common areas of B'nai B'rith House ("BBH") are maintained in a religiously neutral state that does not endorse or appear to endorse or favor any religion:

    a.  Religious objects and symbols will not be permitted in any of the common areas of BBH including but not limited to magazines, newspapers, books, posters, decorations or symbols.

    b.  Religious services will not be permitted in any of the common areas of BBH. During the Christmas and Hanukah seasons, however, BBH will

continue to allow residents to display a Christmas tree and Menorah along with other non-religious seasonal decorations.

c. Announcements of religious services will be permitted on the BBH bulletin board and in its newsletter but will be prohibited in any other common areas.

d. The mezuzah on the doorpost of the entrance of BBH will be removed and will be made part of a non-religious commemorative plaque honoring the founders of the BBH.

e. BBH will hang a notice in the lobby welcoming all people to dwell in peace together regardless of race, creed, religion, national origin, gender or sexual preference.

2. Residents who wish to conduct religious services on the premises will be permitted to conduct such services in the Potter Auditorium only, which shall be modified and maintained to provide worship space as follows:

a. BBH will continue to allow religious services to be conducted in the Potter Auditorium in a manner that ensures equal access to residents of all religions.

b. The mezuzah on the door post of the Potter Auditorium will be removed.

c. BBH will continue to accept without regard to religion all announcements of religious services in the Potter Auditorium as composed by tenants for placement in the BBH newsletter.

d. Tenants will continue to be allowed to place announcements of religious services in tenant cubbyholes.

    e. The sign "Congregation *Machizek Hadas*" will be removed; however, temporary signs may be used to notify residents about services in progress.

    f. Torah scrolls and other accoutrements of Jewish worship will be enclosed by a curtain to be installed on the riser so that they are not visible when Jewish services are not in progress.

    g. Similarly, the accoutrements of Catholic and Christian and other worship services, including any portable altar for Mass, will be enclosed by a separate curtain to be installed on the riser so that they are not visible when Catholic or Christian services are not in progress.

3. BBH will continue to allow residents to display religious symbols and images of their choice (Mezuzahs, Crucifixes, etc.) on the outside of their apartment doors and on their individual mailboxes.

4. BBH will continue to allow plaintiffs to display the iron crucifix affixed to their balcony wall.

5. In its marketing plan for prospective tenants, BBH will place an equal number and size of paid advertisements in *The Jewish Voice* and the *Dialogue* (the local archdiocesan newspaper).

6. BBH will issue to all residents the attached Notice to Residents (Exhibit A), *as modified*, outlining the policy changes that will go into effect pursuant to this settlement. *JFM.T. 3/31/06*

7. Defendants will pay plaintiffs their out-of-pocket costs for this litigation in the amount of $2,999.00 by a check payable directly to plaintiffs to be issued to them on March 15, 2005 at BBH.

8. The parties agree that in furtherance of this agreement they will refrain from public disparagement of each other.

9. The parties agree to obey all applicable provisions of their Lease and BBH House Rules and to treat one another with dignity and respect.

10. Upon entry of this ORDER the parties agree to a mutual release of any all claims they may have against each other up to and including the date on which this ORDER is entered.

11. This action shall be dismissed with prejudice with this Court to retain jurisdiction only as to the enforcement of the terms of this ORDER.

SO ORDERED,

February ____, 2005.
March 31 2006

_____
Hon. Gregory M. Sleet, USDJ

FILED
MAR 3 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE TO ALL RESIDENTS OF B'NAI B'RITH HOUSE

During the past holiday season, many of you noticed a number of changes taking place in B'nai B'rith House relative to religious displays and religious services in the building. Many of you are also aware that B'nai B'rith House has been involved in a lawsuit brought by two of our residents who claimed that we discriminated against them on the basis of their religion. **We are happy to report that this lawsuit has been amicably settled.**

While waiting for the settlement to become final, B'nai B'rith House decided to begin making some changes immediately, partly in reliance on the settlement agreement but also because we wish to continue our commitment to ensuring that the fair housing rights of every resident in this building are fairly recognized and respected.

As a result, B'nai B'rith House has implemented the following policies and procedures, which will be made a part of the House Rules in due course.

1. Religious items of any kind, including symbols, displays, magazines and literature, will not be permitted in any of the common areas.

2. Religious services will not be permitted in any of the common areas. However, during the Christmas and Hanukah seasons, BBH will continue to allow residents to display a Christmas tree and Menorah along with other non-religious seasonal decorations.

3. Announcements of religious services will continue to be permitted on the BBH bulletin board and in its newsletter but will be prohibited in any other common areas.

4. Residents who wish to conduct religious services on the premises will be permitted to conduct such services in the Potter Auditorium only. BBH will continue to allow religious services to be conducted in the Potter Auditorium in a manner that ensures equal access to residents of all religions.

5. BBH will continue to accept for publication in our newsletter all announcements of religious services in the Potter Auditorium. Residents will also continue to be allowed to place announcements of religious services in resident cubbyholes.

6. BBH will continue to allow residents to display religious symbols and images of their choice (Mezuzahs, Crucifixes, etc.) on the outside of their apartment doors and on their individual mailboxes.

7. Religious items used in the performance of religious services will be permitted in the Potter Auditorium during said services and will either be covered or removed from public site at the conclusion of the service or soon as safety permits.

8. Resident's who wish to display symbols of faith during their holidays will be permitted to sign up with the BBH office to display said items but will again follow the provisions of the paragraph above.

Lastly, it is important that we respect the dignity of all other residents in our community, especially those with whom we disagree. It is also important that each and every resident of BBH understand that federal and state laws make it illegal to harass or retaliate against anyone. We cannot overemphasize how important it is for all residents to avoid any conflict or potential conflict that could be construed as harassment or retaliation.

If you have any further questions or concerns about this matter, please feel free to contact me privately.


Lynne Rotan, Manager

February ___, 2006