NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Isidore & Bonnie Corwin, Plaintiffs

DISTRICT COURT DOCKET NUMBER: 04-1499 (GS) CV GMS

v.

B'nai B'rith Senior Housing, Inc & Lynn Rotan

DISTRICT COURT JUDGE: Honorable Judge Gregory M. Sleet

Notice is hereby given that Isidore & Bonnie Corwin, plaintiffs
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) Confirming Settlement

entered in this action on March 31, 2006.
(date)

DATED: April 14, 2006 Good Friday

Bonnie Corwin, PRO SE.  Isidore Corwin POA AC, PRO SE
(Counsel for Appellant-Signature)

_____ (Name of Counsel - Typed)

8608 Society Drive
(Address)

Claymont, DE 19703-1749

302-798-5116
(Telephone Number)

Attorney Wilks
(Counsel for Appellee)

Buchanan Ingersoll, P.C.
(Address)

1007 N. Orange St., Suite 1110

Wilmington, DE 19801

302-428-5500
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.