APRIL 14, 2006, GOOD FRIDAY

**TO: OFFICE OF THE CLERK**

U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

844 NORTH KING STREET

U.S. COURTHOUSE

WILMINGTON, DELAWARE 19801

TELEPHONE 573-6170



**RE: U.S. DISTRICT CIVIL ACTION NO. 04-1499 RECORD AND 3RD CIR. LAR 11.2**

GmS

# *MOTION TO CORRECT THE RECORD*

PURSUANT TO **3RD CIR. LAR 11.2,** PLAINTIFFS, PRO SE, NOW MOTION TO THE U.S. DISTRICT COURT CLERK'S OFFICE TO CORRECT THE RECORD, (IF IT HAS NOT ALREADY DONE SO), PRIOR TO YOUR CLERK'S OFFICE'S TRANSMISSION OF THE ENTIRE **U.S. DISTRICT CIVIL ACTION NO. 04-1499** RECORD TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT; AND SPECIFICALLY IN REGARDS TO THE ENTIRE RECORD TO INCLUDE PLAINTIFFS' PRO SE FILED DOCUMENT, **"PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE'S REPORT",** WHICH WAS FILED IN YOUR CLERK'S OFFICE ON FEBRUARY 2, 2006 AT 11:10 AM (COPY OF FILING ENCLOSED WITH TIME/DATE STAMPED).

(ON FEBRUARY 2, 2006 PLAINTIFF BONNIE CORWIN HAD HAND-CARRIED "PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE'S REPORT" DOCUMENT TO YOUR CLERK'S OFFICE; WHERE, POST REVIEW OF THE CASE DOCKET WITH THE DISTRICT COURT CLERK IN PLAINTIFF'S PRESENCE, THE DOCUMENT WAS FILED AND TIME/DATE STAMPED, WITH THREE (3) ENCLOSURES: A COPY OF FEBRUARY 1, 2006 LETTER FROM HUD ASSISTANT SECRETARY FOR CONGRESSIONAL AND INTERGOVERNMENTAL RELATIONS LETTER TO U.S. SENATOR CARPER; A COPY OF A NOVEMBER 30, 2005 LETTER FROM PLAINTIFFS TO U.S. SENATOR CARPER; AND A COPY OF A PRESS RELEASE IN A U.S. COURT OF APPEALS DECISION).

SUBSEQUENT TO THIS FILING, PLAINTIFFS PRO SE WERE SENT A LETTER VIA US MAIL FROM YOUR OFFICE, DATED FEBRUARY 3, 2006, RETURNING OUR FILED DOCUMENT, **"PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE'S REPORT"**, STATING THAT THE CASE HAD BEEN DISMISSED WITH PREJUDICE BACK ON **JANUARY 26, 2006** AND THAT NO FURTHER FILINGS WILL BE ACCEPTED BY YOUR OFFICE.

SUBSEQUENT TO THE RECEIVING OF THIS LETTER, PLAINTIFFS INITIATED A TELEPHONE CALL TO YOUR COURT CLERK'S OFFICE, WHERE PLAINTIFFS WERE TOLD BY YOUR OFFICE THAT THE CLOSING OF THE CASE, **U.S. DISTRICT CIVIL ACTION NO. 04-1499,** WAS AN UNFORTUNATE ERROR BY THE CLERK'S OFFICE AND THAT THE CASE HAD BEEN RE-OPENED. WHEN PLAINTIFFS INQUIRED IN THAT SAME PHONE CALL ABOUT THE FILED DOCUMENT OF FEBRUARY 2, 2006, **"PLAINTIFFS OBJECTIONS TO THE MAGISTRATE'S REPORT";** PLAINTIFFS WERE TOLD BY YOUR OFFICE THAT A COPY THE FILING WAS IN THE JUDGE'S CHAMBERS, AND THAT THE JUDGE WAS AWARE OF THE FILING. THANK YOU.

HOWEVER, PLAINTIFFS PRO SE, FINDING IT NECESSARY NOW TO FILE A NOTICE OF APPEAL, FILED TODAY, ALSO FIND IT NECESSARY TO REQUEST, IF ALREADY NOT DONE SO BY YOUR OFFICE, THAT THE U.S. DISTRICT CLERKS OFFICE, IN ACCORDANCE WITH **3RD CIR. LAR 11.2,** KINDLY ENSURE THAT THE ENTIRE RECORD, IN **U.S. DISTRICT CIVIL ACTION NO. 04-1499,** BE CORRECTED TO INCLUDE **"PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE'S REPORT",** WHICH WAS FILED IN AT TIMELY MANNER ON FEBRUARY 2, 2006.

THANK YOU FOR ENSURING THE ACCURACY OF THE ENTIRE RECORD.

RESPECTFULLY SUBMITTED,

*[signatures: Isidore Corwin, P/o Bonnie Corwin; Bonnie Corwin]*

ISIDORE AND BONNIE CORWIN, PLAINTIFF PRO SE
B'NAI B'RITH SENIOR APT COMPLEX
8608 SOCIETY DRIVE
CLAYMONT, DELAWARE 19703
PHONE/FAX 302-798-5116

DATED: *April 14, 2006*

ENC: COPY OF **"PLAINTIFFS OBJECTIONS TO THE MAGISTRATE'S REPORT"** WITH TIME/DATE STAMPED.

2