**CORWIN V. BNAI BRITH SENIOR HOUSING, INC. AND LYNNE ROTAN**
U.S. DISTRICT COURT, WILMINGTON, DELAWARE, C.A. NO. 04-1499,
DATE OBJECTION FILED: FEBRUARY 2, 2006
*HAND-CARRIED TO CLERK'S OFFICE BY PLAINTIFF BONNIE CORWIN, PRO SE*

## PLAINTIFFS' FILED OBJECTION TO MAGISTRATE'S REPORT

PLAINTIFFS HEREBY FILE THEIR SPECIFIC OBJECTION TO THE MAGISTRATE'S REPORT BETWEEN THE PARTIES IN THE ABOVE NAMED CIVIL ACTION; (SAID MAGISTRATE'S REPORT BEING FORMULATED FROM TWO SEPARATE U.S. DISTRICT COURT CONFERENCES OF NOVEMBER 23, 2005 AND JANUARY 25, 2006); SCHEDULED TO GO INTO ORDER ON FEBRUARY 6, 2006.

PLAINTIFFS OBJECT TO THE MAGISTRATE'S REPORT WITH RESPECT TO SPECIFIC POINTS THAT ARE CLEARLY CONTRARY TO HUD LAW, ACCORDING TO U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ASSISTANT SECRETARY FOR CONGRESSIONAL AND INTERGOVERNMENTAL RELATIONS LETTER OF FEBRUARY 1, 2006 TO U.S. SENATOR THOMAS R. CARPER (ENC.)

THE FEBRUARY 1, 2006 LETTER FROM HUD ASSISTANT SECRETARY FOR CONGRESSIONAL AND INTERGOVERNMENTAL RELATIONS, STEPHEN B. NESMITH, (PLAINTIFFS' COPY RECEIVED ON FEBRUARY 1, 2006, IN RESPONSE TO PLAINTIFFS' CONCERNS (ENC.)), STATES 1a) THAT BNAI BRITH SENIOR HOUSING CAN PROVIDE SERVICES AT THE BBH (THE HUD LETTER DOES NOT CONFINE THE SERVICES TO ONE PARTICULAR ROOM) AND BBH DOES NOT HAVE TO REMOVE ANY OF RELIGIOUS SYMBOLS, ART, ICONS, SCRIPTURES, ETC.; CONTRARY TO THE MAGISTRATE'S REPORT; 1b) WHEN BNAI BRITH SENIOR HOUSING PERMITS ONE CONGREGATION TO MAINTAIN A FIXED DISPLAY....IT MUST ALSO ALLOW THE SAME OPPORTUNITY TO HAVE A FIXED DISPLAY TO OTHER RESIDENTS; CONTRARY TO THE MAGISTRATE'S REPORT WHICH PROVIDES ONLY A ROLL-AWAY OPPORTUNITY DISPLAY FOR THE CATHOLIC FAITH IN THEIR AUDITORIUM; 2) IF BNAI BRITH SENIOR HOUSING ONLY PERMITS ONE RELIGIOUS CONGREGATION TO HAVE ITS MAILING ADDRESS AT THE HOUSING CITE (MACHZIKE HADAS CONGREGATION) PER MAGISTRATE'S REPORT ADOPTED AT THE STATUS HEARING CONFERENCE; IT IS CONTRARY TO THE FEBRUARY 1, 2006 HUD STATEMENT WHERE THE OWNER MUST PERMIT OTHER RESIDENT ORGANIZATIONS TO USE THE MAILING ADDRESS AS WELL; 3) WHEN BNAI BRITH SENIOR HOUSING PROVIDES LOBBY DISPLAYS OF VARIOUS SEASONAL DECORATIONS, INCLUDING SOME JEWISH RELIGIOUS DECORATIONS (MENORAH, MEZUZAH AND A STAR OF DAVID)...(A REINDEER FIGURE AND A SNOWMAN), BUT DOESN'T ALLOW RESIDENTS TO DISPLAY A CRÈCHE OR OTHER CHRISTIAN RELIGIOUS OBJECTS IN THE LOBBY IN DECEMBER PER MAGISTRATE'S REPORT; IT IS CONTRARY TO THE HUD FEBRUARY 1, 2006 STATEMENT WHERE ONCE THE OWNER HAS PERMITTED SOME RELIGIOUS DECORATIONS, IT MUST PROVIDE AN EQUAL OPPORTUNITY TO DISPLAY HOLIDAY DECORATIONS TO ALL RESIDENTS. (ALSO SEE 3RD CIRCUIT COURT OF APPEALS ENCLOSURE.)

PLAINTIFFS, THEREFORE. DESIRE FURTHER REVIEW ON THESE CERTAIN MATTERS FOUND IN THE MAGISTRATE'S REPORT IN FINDINGS OF FACT; AND FURTHER EVIDENCE WITH THESE SPECIFIED FINDINGS (THOMAS V. ARN, 474 U.S.140; 106 S. CT. 466; 88 L. ED 2D 435; 1985 U.S. LEXIS 146; 54 U.S.L.W. 4032; 3 FED. R. SERV. 3D (CALLAGHAN) 436. PLAINTIFFS PRAY THERE IS ENOUGH MERIT IN OUR OBJECTION TO THE MAGISTRATE'S REPORT TO WARRANT CAREFUL CONSIDERATION AND EXPLANATION IN A FURTHER REVIEW OF THESE MATTERS AND AT THE REQUEST OF THE PLAINTIFFS (NORTHERN PIPELINE CO. V. MARATHON PIPE LINE CO., 458 U.S. 50, 77 (1982), QUOTING CROWELL V. BENSON, 285 U.S. 22, 51 (1932).

COPIES SERVED ON TO ALL PARTIES: FEBRUARY 2, 2006     ENC: 3

*Bonnie Corwin*
*Isidor Corwin*
*PO A*
*Bonnie Corwin*

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC 20410-1000

ASSISTANT SECRETARY FOR CONGRESSIONAL
AND INTERGOVERNMENTAL RELATIONS

FEB - 1 2006

The Honorable Thomas R. Carper
United States Senate
2215 Federal Building
300 South New Street
Dover, DE 19904-6724

Dear Senator Carper:

    Thank you for your letter of November 30, 2005, on behalf of your constituents, Isidore and Bonnie Corwin regarding their concerns about holiday and other religious displays in the B'nai Brith Senior Housing, where they rent an apartment. The B'nai Brith Senior Housing project in Claymont, Delaware is assisted with Section 8 funds from the Department of Housing and Urban Development.

    First, the Corwins' letter discusses their landlord's earlier requests that they remove a crucifix from their rented apartment and attend mandatory meetings in the building. The Department responded to its matters in a September 10, 2004 letter to you indicating the value of the developing of house rules by owners of subsidized properties but not treating residents differently on the basis of several factors, including religion.

    The Corwins now write that a Torah is stored in the building's auditorium and a candle is permanently displayed, draped between services. Conversely, a Roman Catholic resident organization has been permitted to use the auditorium but not allowed to use the storage area or permanently display any of its furnishings. The Department does not prohibit the display of religious symbols in assisted housing. Indeed, HUD regulations at 24 CFR 5.109 explicitly permit religious organizations "to provide services under a HUD program without removing religious art, icons, scriptures, or other religious symbols." However, the Department's implementation of First Amendment principles requires that all religions be treated equally. Under this implementation, if B'nai Brith Senior Housing permits one congregation to maintain a fixed display and utilize on-site storage, it must allow the same opportunity to other resident congregations. Depending on the facts of each case, questions under the Fair Housing Act might also be raised.

    Second, the letter states that only one religious congregation is permitted to have its mailing address at the housing site. Assuming that the religious congregation is some entity other than the owner itself, as a matter of fundamental fairness consistent with the Fair Housing Act and the First Amendment, the owner must permit other resident organizations to use the mailing address as well.

Finally, the Corwin's letter indicates that in December, the owner of the building provided lobby displays of various seasonal decorations, including some Jewish religious decorations (including a menorah, mezuzah and a Star of David), some "generic" Christmas decorations (a Christmas tree with a five-point star) and some secular seasonal decorations (a reindeer figure and a snowman) but would not allow residents to display a crèche or other Christian religious objects in the lobby. According to Mr. and Mrs. Corwin, the owner said it would permit a crèche to be displayed in a side room. Again, under the First Amendment, the owner may not differentiate among the congregations based on religion. Once the owner has permitted some religious decorations, it must provide an equal opportunity to display holiday decorations to all residents. Additional information would be needed to determine if a Fair Housing Act issue is raised.

I hope this information is helpful to your constituents. If I can be of further assistance, please let me know.

Sincerely,

Stephen B. Nesmith
Assistant Secretary for Congressional
and Intergovernmental Relations

NOVEMBER 30, 2005

TO: THE HONORABLE THOMAS CARPER, U.S. SENATOR
2215 FEDERAL BUILDING
300 SOUTH NEW STREET
DOVER, DELAWARE 19904-6724

FROM: ISIDORE AND BONNIE CORWIN
8608 SOCIETY DRIVE
BNAI BRITH HOUSE
CLAYMONT, DE 19703, TELEPHONE/FAX 302-798-5116

RE: HOPEFUL STEVEN B. NESMITH'S DIRECTION IN OUR RELIGIOUS-BASED QUESTIONS AT SECT 8 BNAI BRITH SENIOR HOUSING, CLAYMONT, DELAWARE, ASSISTANT SECRETARY FOR CONGRESSIONAL AND INTERGOVERNMENTAL RELATIONS, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, WASHINGTON, DC 20410-1000

DEAR SENATOR CARPER,

AS CONSTITUENTS HERE IN THE STATE OF DELAWARE AND WITH PAST CORRESPONDENCE TO YOU REGARDING OUR SECTION EIGHT LANDLORD REQUEST THAT WE REMOVE OUR CRUCIFIX FROM OUR RENTED APARTMENT; AND OUR LANDLORD'S CALLING OF MANDATORY MEETINGS IN OUR APT BUILDING, WE HAVE ALWAYS APPRECIATED YOU FORWARDING OUR HUD-CONCERNS TO SECRETARY NESMITH. HE HAS BEEN AN AUTHORITY TO US TOWARDS RESOLUTIONS. THANK YOU.

WE ARE HOPING THAT YOU COULD FURTHER FORWARD TO MR NESMITH THREE (3) RELIGIOUS QUESTIONS CONCERNING OUR APT BUILDING. THANK YOU FOR HELPING US.

1) WITHIN OUR BUILDING, IS AN AUDITORIUM SIDE ROOM ON THE LOBBY FLOOR, WHERE A JEWISH FAITH CONGREGATION HAS ITS SERVICES EVERY FRIDAY AND SATURDAY AND ON ITS HOLY DAYS. ON THE AUDITORIUM RISER, THE CONGREGATION HAS THE TORA HOUSED IN A LOCKED CABINET WITH A 24/7 VOTIVE LIGHT AT THE SITE OF THE TORA. IF THE TORA AND CABINET HAVE A DRAPE OVER IT BETWEEN SERVICES, DOES IT'S RELIGIOUS ESTABLISHMENT IN THE AUDITORIUM GO AGAINST HUD GUIDELINES? (THE ROMAN CATHOLIC SERVICES HAVE ACCESS TO THE SAME AUDITORIUM FOR ITS FRIDAY MORNING COMMUNION SERVICES, BUT HAS NOT BEEN GIVEN THE OPPORTUNITY FOR FIXED FURNISHING OR TABERNACLE PLACEMENT. WE ARE ROMAN CATHOLIC).

2) CAN THIS SAME JEWISH CONGREGATION, THAT IS ESTABLISHED IN THE AUDITORIUM WITH FIXED FURNISHINGS, HAVE IT'S MAILING ADDRESS AT THE SECTION 8 BNAI BRITH HOUSE? IS THIS WITHIN HUD GUIDELINES? (NO OTHER FAITH HAS ITS ADDRESS HERE).

3) IN DECEMBER, BNAI BRITH DISPLAYS A MANURAH, A PROPOSED COMMEMORATIVE MAZZUZAH FROM A DOORPOST, THE STAR OF DAVID AND NOISE MAKERS IN THE LOBBY FOR HANAKAH. IT AFFORDS A GENERIC CHRISTMAS TREE, A 5-POINT STAR, A REINDEER FIGURE AND SNOWMAN FIGURE FOR CHRISTIANS IN THE LOBBY. IT REFUSES FOR A CRECHE TO BE PLACED UNDER THE GENERIC CHRISTMAS TREE (IN 2004, BBH REMOVED A CRECHE FROM UNDER THE TREE AND THREW IT IN THE TRASH). BNAI BRITH HOUSE WILL APPROVE A CRECHE DISPLAY IN A SIDE ROOM FOR THE CHRISTMAS HOLIDAY, AWAY FROM THE LOBBY. IS THIS HOUSE RULE WITHIN THE HUD AND SUPREME COURT GUIDELINES?

THANK YOU FOR CONSIDERING OUR QUESTIONS. (WE HOPE, IF POSSIBLE, THAT WE COULD RECEIVE A RESPONSE BEFORE THE HOLIDAYS). *ISIDORE AND BONNIE CORWIN*

# Court of Appeals Upholds Nativity Scene and Menorah at City Hall in New Jersey

The U.S. Court of Appeals for the Third Circuit has upheld a municipal holiday display in front of Jersey City, New Jersey's City Hall. In a ruling filed Tuesday and released on Wednesday, a divided panel of the Court reversed a lower court and held that a display that includes, along with a creche and menorah, a santa and sleigh, various Kwanza symbols, and a Frosty the Snowman does not violate the separation of church and state. The display also included a sign calling attention to various other municipal cultural activities throughout the year that celebrate Jersey City's diversity. Under Mayor Bret Schundler, Jersey City has sponsored a variety of cultural offerings including a Hindu Festival of Lights parade, Ramadan events, and various other parades, exhibits, and ethnic celebrations. At the same time, the court declined to reopen an earlier decision in the case by a different three-judge panel that struck down a display of the menorah, creche and sign, but that lacked Frosty and the other secular items. Nevertheless, the Court went out of its way to cast doubt on the prior opinion. The lawsuit was filed by the ACLU in 1994.

Becket Fund President and General Counsel Kevin J. Hasson, who argued the case for Jersey City, applauded the decision. "The court's opinion goes a long way toward restoring common sense to the law of religious liberty," he said. "You can't weed religion out of the culture without uprooting the whole culture in the process," he added. Acknowledging that "it's a shame that these cases have to come down to Frosty the Snowman," Hasson said The Becket Fund would continue to press for further changes in the law.

The Becket Fund for Religious Liberty is a bipartisan and ecumenical public interest law firm that protects the free expression of all religious traditions.

# CERTIFICATE OF SERVICE IN CIVIL ACTION 04-1499 (GS)

THE UNDERSIGNED HERBY CERTIFIES THAT ON APRIL 14, 2006, GOOD FRIDAY, THE FOREGOING PLAINTIFFS' NOTICE OF APPEAL TO U.S. COURT OF APPEALS, THIRD CIRCUIT; COPY OF NOTICE OF APPEAL TO JUDGE SLEET; PLAINTIFFS' APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT; AND MOTION TO CORRECT THE RECORD WERE SERVED IN THE MANNER INDICATED UPON THE FOLLOWING PARTIES AND COUNSEL OF RECORD:

**BY FACSIMILE TO:**
ATTORNEY WILKS
BUCHANAN INGERSOLL, P.C.
1007 N. ORANGE ST., SWT 1110
WILMINGTON, DE 19801
FAX 302-428-3996


*[signatures: Isidore Corwin POA Bonnie Corwin; Bonnie Corwin]*

*ISIDORE AND BONNIE CORWIN, PRO SE*
PHONE/FAX: 302-798-5116