FPS-291                                                                                           DATE: May 15, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 06-2362

Corwin v. B'nai B'rith Senior
(Delaware D.C. Civil No. 04-cv-01499)

To:     Clerk

1)      Motion by Appellant for leave to appeal in forma pauperis

_____

The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2).



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: 16 May 2006
    AWI/CC: IC
            BC
            TJB
            SJE