UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-2362
_____

ISIDORE CORWIN; BONNIE CORWIN,
                               Appellants

v.

B'NAI B'RITH SENIOR CITIZEN HOUSING, INC.,
a corporation doing business in the State of Delaware;
SOUTHEASTERN PROPERTIES MANAGEMENT, INC.,
a subsidiary of B'nai B'rith Senior housing, Inc.;
LYNNE ROTAN, an agent, servant or
employee of Southeastern Properties Management, Inc.
_____

On Appeal From the United States District Court
For the District of Delaware
(Dist. Delaware Civil No. 04-cv-01499)
District Judge: Honorable Gregory M. Sleet
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
November 30, 2006

Before: RENDELL, SMITH and COWEN, <u>Circuit Judges</u>.
_____

**JUDGMENT**
_____

     This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. § 1915(e)(2)(b). On consideration whereof, it is now here

     ORDERED and ADJUDGED by this Court that the appeal is dismissed under 28 U.S.C. § 1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

                                      ATTEST:

                                        /s/ Marcia M. Waldron
                                        Clerk

DATED: 9 January 2007



**Certified as a true copy and issued in lieu of a formal mandate on**   February 9, 2007

**Teste:** *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**