OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4916

www.ca3.uscourts.gov

February 9, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 06-2362**
    **Corwin  vs. B'nai B'rith Senior**
    **D.C. No. 04-cv-01499**

Dear Mr. Dalleo:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   We release herewith the certified list in lieu of the record in the case.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk


                              /s/ Anthony Infante
                         By:  Anthony W. Infante
                              Case Manager

Enclosure

cc:
       Isidore Corwin
       Bonnie Corwin
        Thad J Bracegirdle, Esq.
        Steven J. Edelstein, Esq.