

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF DELAWARE**
**OFFICE OF THE CLERK**

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

May 15, 2007

Isadore and Bonnie Corwin
B'Nai B'rith House
8000 Society Drive, Apt. 608
Claymont, DE 19703

RE:    Corwin, et al. V. B'Nai B'rith, et al.
       Civil Action No. 04-1499 GMS

Dear Mr. and Mrs. Corwin:

The court is in receipt of "Corwins' Request for Closed-Case Agreement Enforcement." Please be advised that this civil action is now closed and the court will not accept any further papers for filing in this closed case. The document is being returned to you.

Sincerely,

PETER T. DALLEO, CLERK

/s/
Deputy Clerk