<u>NO. :04-1499 (GMS)</u>

<u>PLAINTIFFS' MOTION</u>
*TO*
<u>ENFORCE SETTLEMENT AGREEMENT</u>

DATED: *August 6, 2007*

EXHIBITS B - E

(Continued)

**51. Miscellaneous**
All provisions or terms of the Lease or these Rules and Regulations regarding Landlord's non-liability and non-duty apply to Landlord's employees, agents, and management companies.

LANDLORD OPERATES IN ACCORDANCE WITH THE FAIR HOUSING LAW. LANDLORD DOES NOT DISCRIMINATE AGAINST ANY PERSON IN THE TERMS, CONDITIONS OR PRIVILEDGES OF SALE OR RENTAL OF A DWELLLING OR IN THE PROVISIONS OF SERVICES OR FACILITIES IN CONNECTION THEREWITH, BECAUSE OF RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS, OR NATIONAL ORIGIN.

I (We) the undersigned, do understand the above conditions are a part of the Lease Agreement and also understand that any violation of the Rules and Regulations (House Rules) is a violation of the Lease Agreement, and agree to abide by these conditions as long as I (We) reside in the apartment.

RESIDENT:

1. _____    _____
                                       Date

2. _____    _____
                                       Date

3. _____    _____
                                       Date

4. _____    _____
                                       Date

Landlord: **B'nai B'rith Senior Citizen Housing, Inc.**

By: _____    _____
     Manager                             Date

B  15

# B'nai B'rith Senior Citizen Housing, Inc.

September 15, 2006

Dear Residents:

We understand that some residents wish to hang flags from their balcony. Unfortunately, because of safety concerns we cannot allow flags or any other hanging items on your balcony. Although we hung small flags on the balconies to honor the victims of 9/11, that was a special circumstance which we hope we never have to repeat.

Residents that have flags on their balconies must remove them promptly. Thank you for your cooperation.

Sincerely:

*Lynne*

Lynne Rotan, administrator

C

B'nai B'rith House - retirement living for senior citizens
8000 Society Drive □ Claymont, Delaware 19703 □ 302-798-6846 Fax: 302-798-2275

EQUAL HOUSING OPPORTUNITY

9-18-06

**To all residents:**

It seems that clarification may be needed concerning hanging flags on the balconies. B'nai B'rith House is not opposed to residents displaying flags on their balconies as long as they do not violate the Rules and Regulations to do so. This means you cannot hang flags on the balcony, you may be creative; for example- you may put a flag on a stick in a flower pot, drape one on a chair, etc. Just be sure flag will not come loose and fall on your neighbor.

If you have any questions, please contact the office.
L. Rotan

D

## NOTICE FOR ALL TENANTS

During our recent inspections we noticed that some tenants have incorrectly put items on the B'nai B'rith House hallway walls. Tenants are permitted to hang items on their apartment door and door frame. Tenants are not permitted to hang items on the walls surrounding the doors.

If you have any items hanging beside or above your apartment door, please either move them so that they are actually on your door or door frame or remove them completely.

Tenants are reminded that they are not permitted to hang items on their balconies.

Also, with the holiday season upon us, be reminded that B'nai B'rith House management and tenants must adhere to certain policies concerning decorations. Any decorations that are put into B'nai B'rith House space must meet those policies and those decorations that do not meet those policies will be removed.

L. Rotan 12-7-06

E