**REVIEWED**
**By Larisha Davis at 12:58 pm, Jun 25, 2007**

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01499-GMS
### Internal Use Only

| | |
|---|---|
| Corwin, et al v. B'nai B'rith Housing, et al | Date Filed: 12/07/2004 |
| Assigned to: Honorable Gregory M. Sleet | Date Terminated: 04/11/2006 |
| Demand: $0 | Jury Demand: Plaintiff |
| Related Case: 1:07-cv-00152-JJF | Nature of Suit: 443 Civil Rights: Accommodations |
| Case in other court: USCA for the Third Circuit, 06-02362 | Jurisdiction: Federal Question |
| Cause: 42:405 Fair Housing Act | |

**Plaintiff**

**Isidore Corwin**  represented by  **Isidore Corwin**
8606 Society Drive
B'nai B'rith House
Claymont, DE 19703
PRO SE

**Jeffrey K. Martin**
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4681
Email: jmartin@martinandwilson.com
*TERMINATED: 02/09/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Ferrara**
Pro Hac Vice
Email: caferrara@acla-inc.org
*TERMINATED: 02/09/2006*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Corwin**  represented by  **Bonnie Corwin**
8606 Society Drive
B'nai B'rith House
Claymont, DE 19703
PRO SE

**Jeffrey K. Martin**
(See above for address)
*TERMINATED: 02/09/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Ferrara**
(See above for address)
*TERMINATED: 02/09/2006*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**B'nai B'rith Senior Citizen Housing Inc.**
*a corporation doing business in the State of Delaware*

represented by **David E. Wilks**
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(302) 778-7560
Fax: (302) 428-3996
Email: dwilks@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thad J. Bracegirdle**
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(302) 778-7500
Email: Tbracegirdle@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Edelstein**
Pro Hac Vice
Email: sedelstein@fairhouse.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Southeastern Properties Management Inc.**
*a subsidiary of B'nai B'rith Senior Housing Inc.*
TERMINATED: 02/06/2006

represented by **Thad J. Bracegirdle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lynne Rotan**
*an agent, servant or employee of Southeastern Properties Management Inc. Management Inc.*

represented by **David E. Wilks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thad J. Bracegirdle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Edelstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bonnie Corwin**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 137297 (els) (Entered: 12/08/2004) |
| 12/07/2004 | | DEMAND for jury trial by Isidore Corwin, Bonnie Corwin (els) (Entered: 12/08/2004) |
| 12/07/2004 | | No summons issued. (els) (Entered: 12/08/2004) |

| | | |
|---|---|---|
| 08/04/2005 | 24 | CERTIFICATE OF SERVICE of Plaintiff's First Request for Production of Documents to Defendant B'nai B'rith Senior Citizen Housing, Inc. by Isidore Corwin, Bonnie Corwin (Martin, Jeffrey) (Entered: 08/04/2005) |
| 08/04/2005 | 25 | CERTIFICATE OF SERVICE of Plaintiff's First Set of Interrogatories to Defendant B'nai B'rith Senior Citizen Housing, Inc. by Isidore Corwin, Bonnie Corwin (Martin, Jeffrey) (Entered: 08/04/2005) |
| 08/04/2005 | 26 | CERTIFICATE OF SERVICE of Plaintiff's First Set of Interrogatories to Defendant Lynne Rotan by Isidore Corwin, Bonnie Corwin (Martin, Jeffrey) (Entered: 08/04/2005) |
| 08/23/2005 | 27 | ORDER Setting Mediation Conferences: Mediation Conference set for 11/23/2005 10:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 8/23/2005. (cab, ) (Entered: 08/23/2005) |
| 09/02/2005 | 28 | NOTICE OF SERVICE of Responses of B'nai B'rith Senior Citizen Housing, Inc. to Plaintiffs' First Request for Production of Documents; Responses of B'nai B'rith Senior Citizen Housing, Inc. to Plaintiffs' First Set of Interrogatories; Responses of Lynn Rotan to Plaintiffs' First Set of Interrogatories by B'nai B'rith Senior Citizen Housing Inc., Lynne Rotan.(Bracegirdle, Thad) (Entered: 09/02/2005) |
| 09/23/2005 | 29 | NOTICE OF SERVICE of Plaintiff's Answers to the Defendants' First Set of Interrogatories by Isidore Corwin, Bonnie Corwin.(Martin, Jeffrey) (Entered: 09/23/2005) |
| 09/27/2005 | 30 | NOTICE to Take Deposition of Bonnie Corwin on November 4, 2005 by B'nai B'rith Senior Citizen Housing Inc., Lynne Rotan.(Bracegirdle, Thad) (Entered: 09/27/2005) |
| 09/28/2005 | 31 | CERTIFICATE OF SERVICE of Notice to Take Oral Deposition of Lynne Rotan by Isidore Corwin, Bonnie Corwin (Martin, Jeffrey) (Entered: 09/28/2005) |
| 09/28/2005 | 32 | CERTIFICATE OF SERVICE of Plaintiff's Request For Production of Documents by Isidore Corwin, Bonnie Corwin (Martin, Jeffrey) (Entered: 09/28/2005) |
| 10/11/2005 | 33 | RESPONSE to Discovery Request by Isidore Corwin, Bonnie Corwin.(Martin, Jeffrey) (Entered: 10/11/2005) |
| 10/27/2005 | 34 | NOTICE OF SERVICE of Plaintiff's Second Request for Production of Documents by Isidore Corwin, Bonnie Corwin.(Martin, Jeffrey) (Entered: 10/27/2005) |
| 12/01/2005 | 35 | SEALED Letter to Judge Sleet from Isidore and Bonnie Corwin regarding Mediation conference held on 11/23/05 with Judge Thynge. (asw ) Additional attachment(s) added on 12/8/2005 (asw, ). (Entered: 12/01/2005) |
| 12/02/2005 VOID | 36 | STENO NOTES of Mediation Conference held on 11/23/05 before Judge Thynge. Court Reporter: Kevin Maurer. (Notes on file in Clerk's Office) (asw ) (Entered: 12/02/2005) |
| 12/02/2005 | 37 | MOTION for Settlement *Enforcement and Supporting Memorandum of Law* - filed by B'nai B'rith Senior Citizen Housing Inc., Southeastern Properties Management Inc., Lynne Rotan. (Bracegirdle, Thad) (Entered: 12/02/2005) |
| 12/06/2005 | 38 | MOTION to Amend/Correct SO ORDERED,,, Set Scheduling Order Deadlines,, *(Scheduling Order)* - filed by B'nai B'rith Senior Citizen Housing Inc., Southeastern Properties Management Inc., Lynne Rotan. (Bracegirdle, Thad) (Entered: 12/06/2005) |
| 12/08/2005 | 39 | [SEALED] RESPONSE re 37 MOTION for Settlement *Enforcement and Supporting Memorandum of Law* filed by Isidore Corwin, Bonnie Corwin.Reply Brief due date per Local Rules is 12/15/2005. (asw ) Additional attachment(s) added on 12/8/2005 (asw, ). (Entered: 12/08/2005) |
| 12/12/2005 | 40 | ORDER for all interested parties, including Jeffrey Martin, Esq. to appear for a STATUS HEARING on January 25, 2006. Signed by Judge Gregory M. Sleet on 12/12/05. (asw ) (Entered: 12/13/2005) |