FROM: ISIDORE AND BONNIE CORWIN, PLAINTIFFS, PRO SE
B'NAI B'RITH HOUSE
8000 SOCIETY DRIVE
APT. 608
CLAYMONT, DE 19703

TO: THE HONORABLE GREGORY M. SLEET
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE
U.S. DISTRICT COURT CLERK'S OFFICE
844 NORTH KING STREET
LOCKBOX 18
WILMINGTON, DE 19801-3570

RE: CIVIL ACTION NO. 04-1499-GMS

DATE: AUGUST 23, 2007


DEAR *DISTRICT COURT JUDGE SLEET*,

ACCORDING TO YOUR ORDER DATED AUGUST 17, 2007, OF WHICH WE RECEIVED IN YESTERDAY'S U.S. MAIL, IT APPEARS THAT ALL RECORDS IN THE ABOVE NAMED CASE ARE AT THIS TIME BEING ORDERED TO BE FORWARDED TO FARC.

PRESENTLY, WITH OUR MOTION TO THE COURT TO ENFORCE THE NOVEMBER 23, 2005 SETTLEMENT IN THE CASE, (MOTION DATED ON AUGUST 6, 2007), NOW PENDING ON THE COURT'S DOCKET, WE, NATURALLY, PLACED A PHONE CALL TO THE U.S. DISTRICT COURT CLERK'S OFFICE THIS MORNING AS TO THE STATUS OF OUR MOTION FILED.

IN TODAY'S PHONE CALL, THE CLERK'S OFFICE REPRESENTATIVE ASSURED US THAT WHILE A MOTION IS PENDING IN A CASE, RECORDS IN A CASE SHOULD NOT BE FORWARDED TO FARC, AND THAT HE WOULD INFORM THE CLERK OF THE MATTER.

THE SAME DISTRICT COURT CLERK'S OFFICE REPRESENTATIVE SUGGESTED THAT WE SEND YOU A LETTER, INFORMING YOU OF THE STATUS OF OUR MOTION TO ENFORCE THE SETTLEMENT IN THE CASE, ON DOCKET, AND THE REASON FOR THE PHONE CALL TO THE CLERK'S OFFICE TODAY.

WE HOPE YOU ARE HAVING A GOOD SUMMER.


SINCERELY,
*M/M CORWIN, PRO SE*
TELEPHONE/FAX 302-798-5116


CC: ATTORNEY STEPHEN J. EDELSTEIN, DEFENDANTS' COUNSEL
FAX 770-840-9492






OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

POSTAGE DEDUCTED FROM
ADVANCED DEPOSIT
PO ACCOUNT
WILMINGTON DE 19850

BUSINESS REPLY MAIL
FIRST CLASS MAIL    PERMIT NO. 12615    WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

U.S. DISTRICT COURT
BIN #18
844 N KING ST
WILMINGTON DE 19801-

WILMINGTON DE 197
29 AUG 2007 PM 2 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES