OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

9/12/007



Isidore Corwin
8606 Society Drive
B'Nai B'rith House
Clyamont, DE 19703

RE: **Corwin, et al v. B'nai B'rith Housing, et al**
CA 04-1499 GMS

Dear Counsel:

Pursuant to the Order entered on 8/17/07 by the Honorable Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS:   39.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on  9-13-2007.

_____
Signature