FROM: ISIDORE AND BONNIE CORWIN, PLAINTIFFS
B'NAI B'RITH HOUSE
8000 SOCIETY DRIVE
APT. 608
CLAYMONT, DE 19703

TO: THE HONORABLE GREGORY M. SLEET
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE
U.S. DISTRICT COURT CLERK'S OFFICE
844 NORTH KING STREET
LOCKBOX 18
WILMINGTON, DE 19801-3570

RE: CIVIL ACTION NO. 04-1499-GMS

DATE: OCTOBER 23, 2007



FILED
OCT 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DEAR *DISTRICT COURT JUDGE SLEET,*

    WITH OUR MOTION TO THE COURT TO ENFORCE THE NOVEMBER 23, 2005 SETTLEMENT IN THE ABOVE CLOSED CASE, (MOTION DATED ON AUGUST 6, 2007), NOW PENDING ON YOUR COURT'S DOCKET, WE ARE ASKING IF YOU WOULDN'T MIND RULING ON THE MOTION.
    THE AUGUST 6, 2007 MOTION IS IMPORTANT TO US (EVEN THOUGH WE ARE NOT REPRESENTED BY COUNSEL).
    IN THE MOTION, WE ARE ALLEGING WE SHOULD BE ABLE TO FLY OUR AMERICAN FLAG ON OUR APARTMENT BALCONY, AS OUR FLAG HUNG ON OUR BALCONY PRIOR TO SETTLEMENT. THE SETTLEMENT AGREEMENT STATES THAT WHATEVER IS ON THE APARTMENT BALCONIES AS OF SETTLEMENT DATE, CAN STAY. WE BELIEVE THE SETTLEMENT AGREEMENT SHOULD BE ENFORCED.
    SINCE SETTLEMENT, B'NAI B'RITH HOUSE "DOES WHAT IT WANTS", IRRESPECTIVE OF SETTLEMENT, AND WITH A REPUTATION OF DOING SO PRIOR TO 2004.
    THE SETTLEMENT AGREEMENT, TOO, ORDERED THE B'NAI B'RITH HOUSE TO PUT UP A PLAQUE OF A DIFFERENT NATURE IN THE LOBBY, WHICH THEY NEVER DID; AND THE SETTLEMENT AGREEMENT ORDERED THAT WE COULD DISPLAY OVER OUR FRONT DOOR WHATEVER WE WISHED, WHERE B'NAI B'RITH HOUSE HAS REQUESTED US NOW TO REMOVE OUR 5" CRUCIFIX OVER OUR APARTMENT DOOR.
    JUDGE SLEET, MY HUSBAND AND I FEEL ALL THE WORK WE ALL DID AT SETTLEMENT, IN SOME RESPECTS, HAS BEEN FOR NOTHING; AND THE INTEGRITY OF THE COURT DOES NOT HAVE MUCH VALUE TO THE DEFENDANTS, BUT THAT THEIR OWN SELFISH WISHES COME FIRST.

SINCERELY,
*M/M CORWIN, PRO SE*
TELEPHONE/FAX 302-798-5116

10-23-07

CC: ATTORNEY STEPHEN J. EDELSTEIN, FAX 770-840-9492



To the Honorable Gregory M. Sleet
US Dist. Ct. for the Dist. of De
US Dist Ct Clerk's Office
844 N. King St — Lockbox 18
Wilmington DE 19801

Bonnie Corwin 9-24-41
8608 Society Dr.
Claymont, DE 19703-1749